UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE CARVED ELEPHANT IVORY TUSK<br>(Loxodonta africana),<br><br>Defendant. | Civil Action No. 04-11128 GAO |

## WARRANT AND MONITION

TO:   WILDLIFE INSPECTOR KAREN M. FICORILLI, OR ANY OFFICER OF THE
      UNITED STATES FISH AND WILDLIFE SERVICE, CHELSEA, MASSACHUSETTS

We Command You that you give notice to all persons concerned that a Verified Complaint for Forfeiture *in rem* (the "Complaint"), a copy of which is attached hereto, has been filed by the United States of America against the Defendant Property, consisting of one carved elephant ivory tusk, seized by the United States Fish and Wildlife Service, Office of Law Enforcement, from Peter Ikenna Okwesili on or about January 6, 2004, in Boston, Massachusetts. The Defendant Property is currently in the custody of the United States Fish and Wildlife Service, Chelsea, Massachusetts.

This Court has found probable cause for forfeiture of the Defendant Property. Accordingly, you are to serve, and give notice of, the Complaint by:

(1) Publishing notice of the United States' intent to forfeit the Defendant Property at least once for three successive weeks in the USA Today or any other newspaper having a general circulation in this district; and

(2) Mailing a copy of this Warrant and Monition, together with a copy of the Complaint to:

Dr. Peter I. Okwesili
29 Hillview Ave
Roslindale, MA 02131

by certified or registered mail, postage prepaid and return receipt requested, or by serving such copies on the listed parties by hand.

You Are Further Commanded to arrest, attach, inspect and retain the Defendant Property in your custody until further order of this Court.

You Are Further Commanded to give due notice by appropriate service of process, as provided herein, to all persons who claim an interest in the Defendant Property, or assert that the Defendant Property should not be condemned and disposed of pursuant to the prayer of the Complaint. Upon execution of this process, you are directed further to file the execution in this Court with your return thereon.

ALL CLAIMS TO THE DEFENDANT PROPERTY MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN THIRTY (30) DAYS AFTER PROCESS HAS BEEN EXECUTED OR WITHIN SUCH ADDITIONAL TIME AS MAY BE ALLOWED BY THIS COURT. ALL ANSWERS TO THE COMPLAINT MUST BE FILED WITH THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS AND SERVED UPON THE UNITED STATES

ATTORNEY'S OFFICE, ASSET FORFEITURE UNIT, 1 COURTHOUSE WAY, SUITE 9200, BOSTON, MASSACHUSETTS 02210, WITHIN TWENTY (20) DAYS AFTER THE FILING OF THE CLAIM. CLAIMS MUST BE FILED IN ACCORDANCE WITH THE FEDERAL RULES OF CIVIL PROCEDURE, SUPPLEMENTAL RULES FOR CERTAIN ADMIRALTY AND MARITIME CLAIMS. THE PROCEDURES FOR FILING A PETITION FOR REMISSION OR MITIGATION ARE SET FORTH IN 28 C.F.R. PART 9. IN ADDITION TO THE PROCEDURES MANDATED BY THOSE REGULATIONS, A COPY OF ANY PETITION FOR REMISSION OR MITIGATION SHOULD BE FILED WITH THE SEIZING AGENCY, WHICH IS THE UNITED STATES FISH AND WILDLIFE SERVICE, 70 EVERETT AVENUE, SUITE 315, CHELSEA, MASSACHUSETTS 02150.

U.S. District Court
Tony Anastas, Clerk

By: _Paul S. Lyness_ (signature)
Deputy Clerk
Date: 6/22/04

APPROVED AND SO ORDERED:

_(signature)_
United States District Judge
Date: 6/22/04

N:\AGiedt\a-doj\a-cases\okwesili\us-wrnt-&-mntn-5-28-04-f.wpd  3