| U.S. Department of the Interior<br>United States Fish and Wildlife Department | | PROCESS RECEIPT AND RETURN |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | | COURT CASE NUMBER<br>CA No. 04-11128-GAO |
| DEFENDANT<br>ONE CARVED ELEPHANT IVORY TUSK (*Loxodonta africana*) | | TYPE OF PROCESS<br>Complaint and Warrant<br>& Monition |

| SERVE<br>▶<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>PUBLICATION |
|---|---|
| | ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*) |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served<br>with this Form - 285 | |
|---|---|---|
| Shelbey D. Wright, Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number of parties to be served<br>in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Please publish the attached Notice of Libel at least once for three (3) successive weeks in USA Today or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Verified Complaint and Warrant & Monition.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of:<br>*Shelbey D Wright/LJT* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>July 1, 2004 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. 1 | District of Origin<br>No. MA | District to Serve<br>No. MA | Signature of Authorized USMS Deputy or Clerk | Date<br>8/12/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

| Name and title of individual served (*If not shown above*). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (*complete only if different than shown above*) | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges<br>(*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: The notice of Libel was published in the Boston Globe which has a general circulation in the District of Massachusetts. For the first two weeks the name was misspelled as "Percy" (on 7/15/04 and 7/22/04), so the Notice of Libel was published correctly for the 3 consecutive weeks after that (on 7/29/04, 8/5/04 and 8/12/04). See attached.

| PRIOR EDITIONS MAY<br>BE USED | **1. CLERK OF THE COURT** | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD   ☐ NOTICE OF SERVICE   ☐ BILLING STATEMENT   ☐ ACKNOWLEDGMENT OF RECEIPT

# THE BOSTON GLOBE

THURSDAY, JULY 15, 2004

**Email**
For your inquiries and customer service needs,
classified@globe.com

**Mail**
to Boston Globe Classified Telephone Sales,
P.O. Box 2378,
Boston, MA 02107-2378
Please include Credit Card number and phone number in mail correspondence.

*Also available for your convenience*
**Docufax**
The Boston Globe's Fax-on Demand

## LEGAL NOTICES

**JULY 7, 2004**

The Massachusetts Bay Transportation Authority is seeking letters of interest from parties wishing to obtain a license for exclusive sign/sponsorship rights at the Route 128 Station Parking Garage. The sponsorship will authorize the erection of a sign on the garage building known as Interstate 95. The garage is a top Route 128 also structure with very high visibility. The Massachusetts concrete Way Department's latest traffic counts indicate that there are approximately 153,000 trips per day on the stretch of highway passing the Route 128 Station Parking Garage.

Prior to issuing a formal Invitation for Bids, the MBTA is interested in learning the following:

1. What is the preferred term length for the license agreement?
2. What is the preferred size of the sign?
3. Are there any other factors that may influence you to be more or less likely to bid on such an offering?
4. Please provide the contact information including name, title, address, telephone, fax and email address for the correct person to whom to direct a bid notice.

Please respond by **August 6, 2004** by **4:00 p.m.** in writing or via email to the MBTA's designated representative for real estate matters at the address below.

Ms. Lorna J. Moritz
Executive Director
Transit Realty Associates, LLC
20 Winthrop Square
Boston, MA 02110
617-482-2525
Fax 617-482-0210
ljmoritz@transitrealty.com

---

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF LIBEL

Civil Action No. 04-11128-GAO

United States of America, District of Massachusetts, at Boston, Massachusetts, June 22, 2004.

Notice is hereby given that a Libel has been filed in the United States District Court against One Carved Elephant Ivory Tusk (Loxodonta africana), (seized by the United States Fish and Wildlife Service Office of Law Enforcement from Petey Ikenna Okwesili on or about January 6, 2004, in Boston, Massachusetts), pursuant to 16 U.S.C. § 1540(e)(4)(a), 16 U.S.C. § 4224e), and 16 U.S.C. §3374(a)(1).

All claims to this property must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims. All claims and answers must be filed wit the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, and served upon the United States Attorney's Office, Asset Forfeiture Unit, Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for remission or mitigation are set forth in 28 C.F.R. Part 9. In addition to the procedures mandated by those regulations, a copy of the petition for Remission or Mitigation should be filed with Wildlife Service, U.S. Everett Avenue, Suite 315, Chelsea, Massachusetts 02150.

Wildlife Inspector Karen M. Ficorilli
United States Fish and Wildlife Service
District of Massachusetts

---

## MASSACHUSETTS PORT AUTHORITY
### CRAIG P. COY
### CEO AND EXECUTIVE DIRECTOR

### LEGAL NOTICE
### Request for Proposal for Services

The State of Connecticut, Office of Policy and Management, is seeking proposals from vendors to provide certain services related to the aggregation of the State's electric accounts and to produce recommendations and strategies on ways the state can package this aggregated load to produce maximum savings in the competitive electric supply market.

The intent of the request is to identify firms with the necessary expertise to provide the consultant and analytical services necessary to analyze the State's electric load profiles and consumption levels, recommend a procurement strategy for the State's electric pool, and monitor performance of the pool in the competitive market, within a stated timeframe.

The request for proposal is available online at www.opm.state.ct.us/rfps.htm or from the Office of Policy and Management, Policy Development and Planning Division, 450 Capitol Ave., MS#52ENR, Hartford, Connecticut 06106-1308. Telephone (860) 418-6441. Fax (860) 418-6495. Deadline for response submission is 2:00 P.M., September 3, 2004.

---

### Request For Proposal
### Investment Consultant
### Services
### Andover Contributory
### Retirement System

The Andover Contributory Retirement Board is seeking proposals for Investment Consultant Services. Responses to this Request for Proposals will be accepted until Monday, August 16, 2004 before 3:00 PM. Complete packets of the conditions of the request for proposals are available from the Retirement Office, Andover Town Offices, 36 Bartlet Street, Andover, MA 01810. Any questions related to this proposal, please call the Retirement Office at (978) 623-8209.

---

**THE ANNUAL RETURN** of the Carmenita Foundation for Health Education, Inc., a private foundation, is available for inspection at the office of Faulkner Productions, Inc., 4196 Washington Street, Suite 2, Boston, MA 02131, during normal business hours, within 180 days after the date of this notice. Contact Ben Achtenberg, Treasurer, at (617) 469-4999.

**SELL SOMETHING SOON**
GLOBE CLASSIFIED ADS
617-929-1500
FAX 617-929-1511

The Boston Globe
For Home Delivery, call 1-888-MY GLOBE
(1-888-694-5623)

**Drive away with a deal.**
Automotive Classifieds
617 929 1500
classified@globe.com
www.bostonglobe.com/advertiser

---

**877-888-4767**

**ABY GRAND**, Piano, Steinway, 1911, rec death in fam forces sale $5,000/BO. 727-459-4066.

**BOSTON PIANO** by Steinway. Rare, solid Mahogany, gloss finish. 6ft. 4in. Stunning, beautiful direction, w/full Piano Disc, Immaculate cond., like new. Value $41,860. Sell $24,450/BO. Bedford, NH. 603-472-9084.

**Grand** Piano 1999 Petrof III ebony Polish 6'4" w/QRS player bench & many CDs will sell without QRS (2K), $8,500. 978-779-0019.

**MOVING**, Forced to sell young, Grand, Baby Grand 1/2 pc cond. like new. Asking $2,700. 508-821-2954

**PIANO**, Baldwin Acrosonic, most never played, excellent cond. & in tune. Asking $2,700. 617-731-5224.

**Yamaha**, Baby Grand Pl, 4 yrs old, like new. 3/4 bench, cover & humidifier, Polished Ebony, $6,900. 603-774-8501

**YAMAHA**, G2 Piano bench, 5'6" Ebony, 4 yrs, 1 owner excel. condition $10,995/BO. 617-563-1305.

### OFFICE FURNITURE

**GEIGER INTERNATIONAL** cubicles, table maple wood. Exec furn w cost over $100K, sacrifice also over 6m furn, file filing, steelcase exec sw top chairs, recept rm furn, X60 tables, bkcases, etc. Price Furn, Ug. MF 9-5. F-7060 800-585-3250

### CUBES & WORKSTATIONS
**Buckhoods**, sale, also all brands of exec desks, file cabinets, & guest seating conf tables, filing cabs, all sizes. CAMB. 617-876-6614

**TERAL FILE BLOWOUT SALE**
2 qual. All sizes. Grt deals O/d & up. 508-879-8693

### PHOTOGRAPHS & CAMERAS

**NEED CASH?**
For new photo equip. is worth more than you think. OTOGRAPHICS, Vinnin Sq amspcott 781-598-6664. WE BUY/SELL/TRADE

**V/SELL/TRADE**, cameras, Lenses, etc. Using top 5 @ Hunts in Melrose 781-662-8822

### RUGS/FLOOR

**RPET**, 2rms up to 230sf '8, Berbers & plush crpt $1.53/psft all inc install. Free estimates. Why Save Member of BBB amber of Commerce. Call 1-888-717-4767

### SERVICES & REPAIRS

**BOXER PUPS**, reg., flashies, vet chckd, tails/dews/shots, $600-$800. 508-883-5417, 931-505-2164

**BOXERS**, AKC, Big white male. Call 603-497-3047. www.geocities.com/me_mcgrath/boxers.html

**BREEDER**, Sellout. Small breed, adult dogs, Pekes, poms, Chihuahuas, min-Poodles & bichons. Reasonable prices. Some puppies avl. For info, 207-487-6216

**BRITTANY @ STUD**, AKC, OFA, excellent & white & liver, call David 6-8 PM. (508) 823-3734

**BRITTANY PUPS**, M/F, O/W, L/W, Championship bloodlines. Shots. Vet certified. $700. 978-948-7542.

**BULL TERRIER**, Female, wht. 12 wks, show/pet pot'l. Shots, $1600. 617-719-4049

**CAIRN TERRIER PUPS**, Reg, cute little toto's, non shed, shots, $475-$500. 978-649-5897

**CAIRN TERRIERS $295+**
Little Toto's, no shed, happy hooligans 781-727-0628

**CANE CORSO MASTIFF**, Puppies, rare breed, big, good with kids. 978-987-7161

**CAVALIER**, Spaniels, UKC reg, blenheim, vet checked & guar. $1100-$1500. Call 508-987-7161

**CHESEAPEKE BAY**, Retriever pups. $650-$650. (781) 626-5282 www.kirbymountainkennels.com

**COCKAPOO PUPPIES**, Grt Selection, blck, buff, part colors 781-727-0100

**DOBERMAN**, Pups, 7 weeks, AKC, warlock males, black/rust, shots, tails. $550. 774-526-6774

**ENGLISH BULLDOG**, 2 yr old male, brindle & white. W/shots, great w/kids. $1800. Call 617-698-7266

**ENGLISH BULL DOG PUPS**, AKC, 6 wks old, fawn & wht, b/w male & 3F. $2000/ea. 617-325-8493

**ENGLISH & OLDIE BULLDOG PUPS**
Red & white, wrinkly, impressive, Visa 781-727-7100

**GERMAN SHORTHAIRED**
Pointer pups, home raised w/parents, outstanding hunters, exc house dogs. $900. 978-774-8195

**German Shepherd pups**, German Import, Blk & Red Solid Blk. Guar. 207-942-4999 lebenshunger.com

**GERMAN** Shepherd pups, imports, all details at www.conniespups.com. Solid Blk. Guar. Call $750-$1000 401-722-3461.

**GERMAN SHEPHERDS**, St. Bernard, Great Dane, English Mastiff, 207-345-9996.

**GIANT BREEDS**, St. Bernard, Great Dane, English Mastiff, 207-345-9996.

**PUGS ALSO PUGGLES**
Fawn. Shots, ready. Hurry, must see. (781) 727-0628

**PUPPY SALE $275**
Poodle Mixes, Cairnterriers, & J. Russells 781-727-0628

**ROTTWEILER PUPS**, AKC, gorg & healthy & great temp. Must See! Shots, $500-$550. 978-649-5897

**SIAMESE KITTENS**, CFA registered. Call great type, sweet temps. Shots, dewormed. 603-437-5047

**SIAMESE**, Kittens, choc pt, beaut blue eyes, 6 wks old. parents on premises. $250ea. 401-486-6415.

**SIAMESE KITTENS**, CFA reg., 1st shots incl, health guar. raised with cats & dogs. $300. (508) 892-8930

**SIBERIAN HUSKY**, Reg pups, active, very social health guarantee. $595. Call 508-987-1639.

**SMALL** Breeds. Registered pups, Shots, Sheltie, Cocker, Pug & Pomeranian, $495-$950. 508-987-7161

**WANTED**, Norwegian Elkhound puppy. Call 508-428-1579

**WEST HIGHLAND**, Terrier pups, gorgeous white & playful, shots & wormed. $525-$575. 978-649-5897.

**YORKIES, Tiny Toys, Reg.**
adorable, little pocket pals. also reg. size 781-727-0100

### BUSINESS OPPORTUNITIES & FRANCHISING

**SUNOCO**
directo immediate

**SEALED BID**
8 C-Stores
w/Gasoline
Springfield, W.Springfield
Chicopee & Raynham, MA
Hooksett, NH
Newport & Cranston, RI
Bid Deadline • 8/27
800.747.3342, x406
www.nrc.com/406
**NRC REALTY ADVISORS, LLC**
In conjunction w/Garrett Auctioneers-Lic MA Brk

### AGING EXCELLENCE FRANCHISES AVAILABLE
The Leader in Non-Medical Services and Products keep mature adults Active & Independent
• High Demand Niche
• Office & Retail Business avl
• Proven Business Systems
• Extensive Training &

**ALL MUST GO**, Moving, Furn., rugs, window treatments, desks, Sat., Sun. 9-4, 11 Pine St. Wellesley

**AYRE**, Multi-yard Sale 7/17, 8-3, Rain 7/18, 12 Patricia Drive, Ayre Antiques, dolls, books, hsenld, furn, + more!

**BRAINTREE**, Giant yd sale, Sat. 8-4, 236 Grove St. Heritage Church. Rain or Shine, furn, baby stuff & more

**BRASS HEADBD**, Oak Desk/Rocker hsehold items 7/16 & 7/17 9-4, 17 Tangent St. off Oak St, Randolph

**BURLINGTON**
Sun. July 11, 9-3
38 Terrace Hall Ave.

**CAMBRIDGE**, Multi-House. Sat. 7/17, 9-3, Saint Paul St. (Central Sq). Great Stuff!

**EVERETT**, Sat 9-4 32 Irving St tools, paint g's hseware, frames, skates teddy bears

**EVERETT**, Sat & Sun 7/17-18, 9-3pm @ 39 Mt. Washington St. No Early Birds!

**HINGHAM**, Estate Sale. Rooms of fine furnishings. 60 Thistle Patch "The Meadows" Fri. 9-4, Sat. 9-12

**HUGE HOME** & Office Moving Sale, Furniture, doors, windows, baby stuff & more. Sat. 9-5, 430 Hartford Ave, BELLINGHAM

**HUGE YARD** Sale, Antique Items, hsehold goods, 149 Nashua Rd, Billerica, 9 a.m.

**HUGE YARD Sale**, Sat. 7/17, 8am-2pm, 56 Devonshire Rd Newton (Waban).

**LINCOLN**, Ctr Moving, 8, Sandy Pond Rd. Sat. 7/17, 10-2. Furn, kid, dec. items, exer equip, lawn & more.

**MOVING FROM HOUSE**, to Apt. Lots, tools/nwr, Kitchen set w/6 linens, clothes, more! Sat. 7/18 @ 21 Harris, Randolph Rt 28 (Main) onto Oak @ Pt. Wash. 5th Rt onto Tangent (rmpke) errvoir) then Left, Rt.

**MOVING SALE**, 14 Alexander Ave, MEDFORD, Sat. 7/17, 1-4 Bookcases, tv, lamp, table, etc. Will be held inside if raining.

**MOVING**, 17 South Olver St. Tewksbury, Sat. 7/17, 10-2. Furn, kit, dec, items, exer. equip, lawn & more.

**MOVING**, One day only! Furn., kids, hsewares, misc. Sat. 7/17, 8am-1pm, 182 Cannon Forge Drv, Foxboro

**MOVING SALE**, Table, bkcase, bed, Oriental rug, + more. Apt 617-571-4488

**MOVING** Wellesley, Sun. 7/18, 8-3 pm, 3 Maple Rd. off Rt. 9W, antiques, furn.

**MOVING**, Furniture, hsehld items, Sun. 7/18, 9-3, 3 Wildwood Cir. Holbrook.

**NEEDHAM**, Sat 9-12, 31

# THE BOSTON GLOBE

THURSDAY, JULY 22, 2004

## LEGAL NOTICES

### MASSACHUSETTS

**REQUEST FOR LETTERS OF INTEREST SPONSORSHIP RIGHTS ROUTE 128 STATION PARKING GARAGE WESTWOOD, MA JULY 7, 2004**

The Massachusetts Bay Transportation Authority is seeking letters of interest from parties wishing to obtain a license for exclusive sponsorship rights at the Route 128 Station Parking Garage. The License will authorize the erection of a sign on the garage building facing Route 128 also known as Interstate 95. The garage is a four-story concrete structure with very high visibility. The Massachusetts Highway Department's latest traffic counts indicate that there are approximately 153,000 trips per day on the stretch of highway passing the Route 128 Station Parking Garage.

Prior to issuing a formal invitation for Bids, the MBTA is interested in learning the following:

1. What is the preferred term length for the license agreement?
2. What is the preferred size of the sign?
3. Are there any other factors that may influence you to be more or less likely to bid on such an offering name.
4. Please provide the contact information including name, title, address, telephone, fax and email address for the correct person to whom to direct a bid.

Please respond by **August 6, 2004** by **4:00 p.m.** in writing or via email to the MBTA's designated representative for real estate matters at the address below:

Ms. Lorna J. Moritz
Executive Director
Transit Realty Associates, LLC
20 Winthrop Square
Boston, MA 02110
Tel. 617-482-4525
Fax 617-482-0210
ljmoritz@transitrealty.com

---

The Order of Notice from the Land Court of Massachusetts advising of a filing of a Complaint for Authority to Foreclose a mortgage to The Telephone Workers Credit Union on the property of Gerald P. Leary, et Gayle M. Leary, at a later well street in this newspaper that appeared on July 24, 2004, appeared as the result of clerical error, it should not have appeared at all.

Signed,
Richard S. Daniels, Jr.
Attorney for the Telephone Workers Credit Union

---

Fifteen (15) copies of a bound document each limited to 25 sheets (50 pages), exclusive of covers and dividers, shall be printed on both sides of the sheet (8½" x 11") and shall be addressed to Mr. Christopher Modernization, later than 12 Noon on Thursday, August 19, 2004, at the Massachusetts Port Authority, Logan Office Center, One Harborside Drive, Suite 209S, Logan International Airport, East Boston, MA 02128-2909. Any submittal that exceeds the page limit set herein or that is not received in the Capital Programs Department by the above deadline shall be rejected as non-responsive.

Questions regarding this RFQ should be directed to Ms. Maureen McDonough, Assistant Director, at 617-568-5964 or via email at mmcdonough@massport.com.

---

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF LIBEL**

Civil Action No. 04-11128-GAO

United States of America, District of Massachusetts, at Boston, Massachusetts, June 22, 2004.

Notice is hereby given that a Libel has been filed within United States District Court against One Carved Elephant Ivory Tusk (Loxodonta africana), (seized by the United States Fish and Wildlife Service, Office of Law Enforcement, from Pete(Kassai)Bussetti), pursuant to 16 U.S.C. § 1540(e)(4)(a), 16 U.S.C. § 4224(e), and 16 U.S.C. §3374(a)(1).

All claims to this property must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims, All claims and answers must be filed with the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200. A Petition for Remission or Mitigation are set forth in 28 C.F.R. Part 9 in addition to the procedures mandated by those regulations, a copy of the Petition for Remission should be filed with the seizing agency: United States Fish and Wildlife Service, 70 Everett Avenue, Suite 315, Chelsea, Massachusetts 02150.

Wildlife Inspector Karen M. Ficorilli
United States Fish and Wildlife Service
District of Massachusetts

---

**ADVERTISEMENT
Request for Proposals (RFP) - Translation Services**

The Boston Public Health Commission (BPHC), located at 1010 Massachusetts Avenue, Boston, MA 02118, seeks a company to provide translation services on an "as-needed" basis to the BPHC. The contract will cover a contract period will begin August 15, 2004 and end June 30, 2005. The deadline for this REP is Tuesday, August 3, 2004.

To be eligible, prospective vendors must have the ability to translate from English to different languages, have an extensive software list by which documents can be delivered, pay workers the prevailing City of Boston Living Wage rate (currently $11.29 per hour) and submit all required elements of the proposal by 5:00 PM (EST) on Tuesday, August 3, 2004.

Complete details are available in the RFP Application Guidance, which is available to all interested parties beginning on Tuesday, July 20, 2004 at www.bphc.org/rfp. To have a REP package sent or emailed to you, please call Kristin O'Connor in the Communications Office at (617) 534-7148 or email communications@bphc.org

---

Ameriquest Mortgage Company, Present holder of said mortgage, By its Attorneys, Brian Hatchey, Esq., ABLITT & CARUOLO, P.C., 333 North Avenue, 4th Floor, Wakefield, MA 01880, (781) 246-8995, Dated: June 30, 2004

---

evidence at the offering is not mandatory, however, is made for a more particular description. Subject to and with the benefit of any and/or all liens, restrictions, covenants and easements of record, insofar as the same may be in force and applicable. For Mortgagor's/s' title see deed recorded with Suffolk County Registry of Deeds in Book 9093, Page 658.

These premises will be sold and conveyed subject to and with the benefit of all rights, rights of way, restrictions, easements, right of improvements, public assessments, any and all unpaid taxes, tax titles, tax liens, water and sewer liens and any other municipal assessments or liens or existing encumbrances of record which are in force and are applicable, having priority over said mortgage, whether or not reference to such restrictions, easements, improvements, liens, or encumbrances is made in the deed. TERMS OF SALE: A deposit of FIVE THOUSAND ($5,000.00) DOLLARS by certified or bank check will be required to be paid by the purchaser at the time and place of sale. The balance is to be paid by certified or bank check at ABLITT & CARUOLO, P.C., 333 North Avenue, 4th Floor, Wakefield, MA 01880, other terms and conditions will be provided at the place of sale. The description of the premises contained in said mortgage shall control in the event of an error in this publication. OTHER TERMS, IF ANY, TO BE ANNOUNCED AT THE SALE.

---



**Docufax**

The Boston Globe's Fax-on-Demand system, available 24 hours a day, with rate, deadline and marketing information. Call 617-929-1500 and Press 2 for Docufax.

**The Boston Globe CLASSIFIED**

---

## MARKET

**CONTRACTORS:
LOOKING FOR DEPENDABLE HELP?**

The Boston Globe's CLASSIFIED

HELP WANTED
WEEKDAY SPECIALS
run any 3 weekdays within a 6 day period

The Boston Globe
CLASSIFIED
To advertise, call 617-929-1500
Fax 617-929-1511
www.bostonglobe.com/classifieds

---

**YOU'LL FIND IT ALL IN THE GLOBE**

**THE BOSTON GLOBE**
For Home Delivery
call 1-888-MY GLOBE
(1-888-694-5623)

---

Globe please call 617-929-1500
tonglobe.com/classifieds.

---

THURSDAY, JULY 22, 2004

# THE BOSTON GLOBE

**Office Manager**

Looking for experienced person to work at beautiful seaside restaurant just a hour from Boston. Manager with strong customer relation, organization, communication, and leadership skills. Generous salary plus bonuses and an opportunity to directly impact your future earning potential. Fax resume to Maureen at 978-535-3800.

**Garde Manager/ Pantry Chef**

**Optician**
PT OPTICIAN
MD Dispensary Monday evenings 4:30-7:30 pm & every other Saturday 9-1 pm. Peabody. Call 978-538-7500

**Guest Service Agent**
Guest Service Agt
The Four Points by Sheraton Hotel has full time and part time positions available. Guest Service agents must have good community...

**PCA**
**FEMALE PCA,** Needed for handicapped female smok-

---

**call or visit us today!
60 First Avenue
Waltham, MA
(781) 466-1985
pcfops@pcfcorp.com**

week and are employed for 90 days or longer are eligible to participate in our medical and 401K programs.

---

National registry and...

BlueCross BlueShield

*We offer competitive compensation based on your experience, 401(k) benefits plan, free uniforms, tuition assistance, free continuing education, and flexible shifts.*

*Committed to diversity in our workforce. EOE*

**Call: (508) 650-5634**
Visit us at: www.amr.net

---

### COLLECTIBLES
POOLROOM CLOSING, 21 Brunswick, Goldcrown tables, lamps, Balls & more, 508-284-2707.

### COINS & STAMPS
**Coins & Stamps Wanted**
Books for sale as a lot. Call (781) 662-4463

**I BUY U.S. COINS**
WILL TRAVEL Call 781-337-6663 or 986-6060

**2500 USED And Out of Print Books** Gladly travels, best rep. United funds 800-593-9741

### BOOKS

### ENTERTAINMENT...

### FORMAL DININGRM...

### ETHAN ALLEN, DR Set...

### KITCHEN/DR Set...

### MAPLE Ent...

Case 1:04-cv-11128-GAO   Document 3   Filed 12/02/2004   Page 4 of 10

# THE BOSTON GLOBE

THURSDAY, JULY 29, 2004

# AUTOMOTIVE DEALERS

| ACURA | HONDA | MERCEDES-BENZ | SATURN |
|---|---|---|---|
| BRIGHTON 617-254-5400 | EVERETT RTE. 99 ON BOSTON LINE | VITI INC. Exclusively Mercedes | NATICK RTE. 9 EAST SATURN OF NATICK |
| ACURA OF BOSTON 1800 Soldiers Field Rd. | HONDA CARS OF BOSTON 800-OK-HONDA | Tiverton, RI  1-800-544-5560 | 508-651-1800 saturnofnatick.com |

| | NISSAN | TOYOTA OF PORTSMOUTH |
|---|---|---|
| | NORWOOD | Rte. 1, Portsmouth NH |
| | CENTRAL SAAB 978-739-8888, 1-800-773159 centralsaab.com | 888-888-9070 603-893-3527 |

| FORD | AUTOFAIR LEXUS | CHARLES RIVER SAAB | ROCKINGHAM TOYOTA |
|---|---|---|---|
| JANNELL FORD 200 Washington St., Hanover (781) 982-4500 1-800-543-FORD | of Manchester, NH 1-800-45-LEXUS Salem, MA 1-800-640-0403 | WATERTOWN 617-923-9230 1-800-367-SAAB Exclusive Saab Sales & Service 570 Arsenal St, Watertown | Route 97, Main Street Exit 2, off Route 93 |

| GMC | LEXUS OF WATERTOWN | PATRICK SAAB | TOYOTA OF WATERTOWN |
|---|---|---|---|
| HUDSON 1-800-MY-TRUCK TUCKS TRUCKS GMC New England's Leading GMC Dealer | 22 mi. from Ma 93N to 101W WATERTOWN 617-926-0500 Exit 17, MASS. PIKE | WORCESTER New and Used Saabs Widest Selection-Biggest Discounts | 149 Arsenal Street 617-926-5200 Largest selection in N.E. & lowest prices |

| | MASERATI | SATURN | TOYOTA OF WELLESLEY |
|---|---|---|---|
| EDWARD BUICK GMC TRUCKS 72 Shrewsbury Street | W. NEWTON 617-559-0123 MASERATI OF N.E. 1203 WASHINGTON ST. | SATURN OF DANVERS Liberty Tree Mall Danvers, MA 978-777-9200 saturnofdanvers.com | Rte. 9 East Wellesley 781-237-2970 |

| HONDA | MAZDA | MERCEDES-BENZ | TOYOTA OF WEYMOUTH |
|---|---|---|---|
| HERB CHAMBERS HONDA | IRA MAZDA Rte. 114, Danvers 978-739-8770; 800-913-4444 | HAVERHILL 978-372-2552 SMITH MOTOR SALES Exit 49 off Rte. 495 | 710 Bridge St., Rte. 3A (781)337-2000 |

| | | SATURN OF MEDFORD | WOBURN TOYOTA |
|---|---|---|---|
| | | 5 Min. North of Boston on I-93 Exit 31 saturnofmedford.com | Woburn (Exit 36 off Rte. 128) woburntoyota.com |

**TO ADD YOUR DEALERSHIP, CALL THE AUTO LINE AT (617) 9...**

Search highlighted dealerships on boston.com/cars

---

## LEGAL NOTICES

### NOTICE OF PUBLIC HEARING

Notice is hereby given that a public hearing will be conducted by the Massachusetts Health and Educational Facilities Authority (HEFA) on Thursday, August 12, 2004 at 10:00 a.m., in Suite 1000, 99 Summer Street, Boston, Massachusetts 02110, with respect to the proposal that HEFA provide financing and refinancing from time to time for hospitals and other Religious Denominations as may participate in HEFA's Variable Rate Demand Revenue Bonds, Capital Asset Program, Series M-3, Pool 3, and Series M-4, Pool 4 (collectively, Eligible Institutions), includes but not limited to the financing and refinancing of the acquisition, construction, renovation, remodeling and equipping of projects for the following Eligible Institutions.

(a) A project all to be owned and operated by Community Health Systems, Inc. located and to be located at 80 Park Street, Attleboro, Massachusetts, generally consisting of...

### MASSACHUSETTS PORT AUTHORITY

### LEGAL NOTICE
### REQUEST FOR QUALIFICATIONS

The MASSACHUSETTS PORT AUTHORITY is soliciting professional consulting services for MPA CONTRACT NO. L761-D1, SURFACE PARKING FACILITIES for LOGAN INTERNATIONAL AIRPORT, EAST BOSTON, MA. The Authority is seeking a qualified consultant with proven experience to provide design and construction phase services...

### REQUEST FOR PROPOSAL TO PROVIDE SECURITIES LIQUIDATION AND CUSTODY SERVICES OF UNCLAIMED PROPERTY IN ACCORDANCE WITH 27 V.S.A. CHAPTER 13

The office of the Vermont State Treasurer is requesting proposals for securities liquidation and custody services in accordance with the requirement of Vermont State's unclaimed property law. Proposals must be received no later than 4:00 p.m. Eastern time on August 15, 2004. To obtain a copy of the RFP, please visit www.vermonttreasurer.org or address all inquires concerning this RFP to:

Donna Holden
Vermont State
Treasurer's Office
133 State Street, 2nd Floor
Montpelier, VT 05633-6200
Phone: 802-828-3708
E-mail: dholden@
tre.state.vt.us

---

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS
### NOTICE OF LIBEL

Civil Action No. 04-11128-GAO

United States of America, District of Massachusetts, at Boston, Massachusetts, June 22, 2004.

Notice is hereby given that a Libel has been filed in the United States District Court against One Carved Elephant Ivory Tusk (Loxodonta africana), (seized by the United States Fish and Wildlife Service, Office of Law Enforcement, from Peter Ikenna Okwesili on or about January 6, 2004, in Boston, Massachusetts), pursuant to 16 U.S.C. § 1540(e)(4)(a), 16 U.S.C. § 3374(e), and 16 U.S.C. § 3374(a)(1).

All claims to this property must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims. All claims and answers must be filed with the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, and served upon the United States Attorney's Office, Asset Forfeiture Unit, Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a Petition for remission or mitigation are set forth in 28 C.F.R. Part 9. In addition, a copy of the Petition for Remission or Mitigation should be filed with the seizing agency, which is the United States Fish and Wildlife Service, 70 Everett Avenue, Suite 315, Chelsea, Massachusetts 02150.

Wildlife Inspector Karen M. Ficorilli
United States Fish and Wildlife Service
District of Massachusetts

---

**For home delivery.**
1-888 MY GLOBE | 1-888-694-5623
The Boston Globe

**WHAT'S** ...

See index for page location

The Boston Globe CLASSIFIED
617-929-1500
Fax 617-929-1511
www.bostonglobe.com/classifieds

- Store fixtures
- swap or trade
- Tickets
- Tutoring
- ...acuum cleaners
- Vision supplies
- Wallpaper
- Wanted
- Washers & dryers
- Window shades
- Yard sales

**THE BOSTON GLOBE MARKET BASKET**
CLASSIFIED
To advertise, call
617-929-1500
Fax 617-929-1511
www.bostonglobe.com/classifieds

---

BURLINGTON
Toll Free 1.877.842.9889

INFINITI GIANT 2004



HERB CHAMBERS DODGE OF DANVERS
107 Andover St., Rt. 114
Danvers MA

Case 1:04-cv-11128-GAO    Document 3    Filed 12/02/2004    Page 5 of 10

# THE BOSTON GLOBE

THURSDAY, AUGUST 5, 2004

## LEGAL NOTICES

### MASSACHUSETTS

of September next. Unless your appearance is so filed by or for you, your default will be recorded, the said complaint will be taken for confessed and you will be forever barred from contesting said complaint or any judgment entered thereon. And In addition to the usual service of this notice as required by law, it is ordered that the foregoing citation be published forthwith once in the Boston Globe a newspaper published in said boston.

Witness, KARYN F. SCHEIER, Esquire, Chief Justice of said Court, this sixteenth day of June in the year two thousand and four

Attest with Seal of said Court. Deborah J. Patterson, Recorder

Plaintiffs Attorney: Joseph H. Callahan, Jr., Esq., Asst. Corp Counsel, City of Boston, Law Dept., City Hall, Room 615 Boston, MA 02201 (617) 635-3199

---

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF LIBEL

Civil Action No. 04-11128-GAO

United States of America, District of Massachusetts, at Boston, Massachusetts, June 22, 2004.

Notice is hereby given that a Libel has been filed in the United States District Court against One Carved Elephant Ivory Tusk (Loxodonta africana), (seized by the United States Fish and Wildlife Service Office of Law Enforcement from Peter Ikenna Okwesili on or about January 16, 2004, pursuant to 16 U.S.C. §3374(a)(1), 15 U.S.C. §1540(e)(4)(a), 16 U.S.C. §4224(e), and 16 U.S.C. §3374(a)(1).

All claims to this property must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims All claims and answers must be filed wit the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures set forth in 28 C.F.R. Part 9 for remission or mitigation are mandated by those regulations, a copy of the Petition for Remission or Mitigation should be filed with the seizing agency, which is the United States Fish and Wildlife Service, 70 Everett Avenue, Suite 315, Chelsea, Massachusetts 02150.

Wildlife Inspector Karen M. Ficorilli
United States Fish and Wildlife Service
District of Massachusetts

---

THE BOSTON GLOBE
FOR HOME DELIVERY
CALL
1-888-MY GLOBE
(1-888-694-5623)

---

THE BOSTON GLOBE
FOR HOME DELIVERY
CALL 1-888-MY GLOBE
(1-888-694-5623)

---

## Classified Advertisements

**PUBLIC NOTICE OF ENVIRONMENTAL IMPACT**

PROJECT: Route 128/Brimbal Ave improvements
LOCATION: Beverly, Massachusetts
PROPONENT: Massachusetts Highway

The undersigned is submitting an Environmental Notification Form ("ENF") to the Secretary of Environmental Affairs on or before...

This will initiate review pursuant to the Massachusetts Environmental Policy Act ("MEPA") M.G.L. c.30 §§ 61-62H. Copies of the ENF may be obtained from:

Patrick Reardon
Massachusetts Highway Dept.
Ten Park Plaza, Room...
Boston, MA 02116
617.973.8324

Copies of the ENF are also available at the Beverly Public Library and Planning Board office. By: Massachusetts Highway Dept.

---

**OPPORTUNITY KNOCKS!**
FRANCHISING & BUSINESS OPPORTUNITIES
banned section.
Every Sunday and Wednesday
The Boston Globe
CLASSIFIED

To advertise, call 617-929-7999 or 617-929-1500
FAX 617-929-1511

To advertise in The Boston Globe please call 617-929-1500
or visit us at www.bostonglobe.com/classifieds.

---

**DIAMONDS & JEWELRY**

JEWELRY & WATCH BUYERS
Want: Rolex, Patek, Cartier
617-263-7766 avail. wknds.

ROLEX, MENS Presidential. All gold, mint cond. $7000 F.O. Cash only. Must sell. (508) 543-7310

**FITNESS**

EXERCISE EQUIP., N.E. Leading Fitness Retailer Huge Inventory Reduction 50% OFF Entire inventory 508-370-0110; Framingham www.exerciseplace.com

---

**Pets**

Baby doll faces, beautiful coat, freezer, sport equip, wt. bench, piano, lamps, household goods, more.

BLOODHOUND PUPS, AKC, males & fems, Parents on prem, rdy to go. Please call Bob, (508) 476-3567

BORDER COLLIE, Puppies, Registered, 10 weeks old, 1st shots, $550. Call 603-886-0409.

BOXER, Boston Terr, Labs, Pug, Schnauzer, Lhasa Apso, Corgi, Pomeranian, Eskimo 508-580-0032

BRITTANY PUPS M/F O/W, L/W Championship bloodlines. Shots, vet cert. $700. 978-948-7542.

kittens, registered, 1st shots, health certificate $400. (603) 623-0669

POMERANIAN, PUPS, Sable, adorable, shots, ready. 781-727-0100

POODLES, Apricot & Red Mini, AKC, M & F, healthy home raised, $400-$700 Porter Sq. (617) 628-2565.

PUG pups, black and fawn, all shots, 8 weeks old, $995. Also dog mixes, $400. Call 508-801-3722

PUG PUPS, Males, Fawn black mask, Whelped 6/12/04, shots, & Papers. Ready, (401) 787-0558

---

JUKE BOX, AMI #1014894 $850. Rowe international $750.BO (978) 443-7023 West of Boston

PIANO, Baldwin Acrosonic, almost never used, excellent & stand. Asking $2,700. Call 617-731-5234.

PIANO, 6' Grand Baldwin, "Artist Series" handmade, exc. cond, asking $3,500. 508-829-9642 for appt.

PIANO, unique Paine, mini square grand recently appraised $1000 (508) 428-5039

HOLLISTON, Estate Sale. By Franklin St. Antiques. Sat. & Sun. 8/7 & 8/8, 9AM-3PM, #60 Silver Lane

HUGE! MOVING! Bertini Stroller, Baby Bjorn, stereos, futon, tv, cameras, rugs, 7 Pratt St Allston, Brighton Ave to Linden to Pratt Fri-Sat 9-3. LOADS MORE. 617-787-6895.

JAMAICA PLAIN, 14 Kingsboro Park, Sat. 8/7, 9 AM-4 PM. 1920's-1930's furn. 3 piece oak DR set incl beveled glass China cab, etc.

picked up in No Marshfield by 8/10/04, 781-834-1132.

THE BOSTON GLOBE — THURSDAY, AUGUST 12, 2004

# BostonWorks

## HIGH Classified

### LEGAL NOTICES

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF LIBEL**

Civil Action No. 04-11128-GAO

United States of America, District of Massachusetts, at Boston, Massachusetts, June 22, 2004.

Notice is hereby given that a Libel has been filed in the United States District Court against One Carved Elephant Ivory Tusk (Loxodonta africana), (seized by the United States Fish and Wildlife Service, Office of Law Enforcement, from Peter Kenna Okwesili on or about January 6, 2004, in 1540(e)(4)(a), pursuant to 16 U.S.C. § 4222(e), and 16 U.S.C. § 9374(a)(1).

All claims to this property must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims. All claims and answers must be filed wit the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for remission or mitigation are set forth in 28 C.F.R. Part 9. In addition to the procedures mandated by those regulations, a filed with the seizing agency. Petition for Remission or Mitigation should be Fish and Wildlife Service, 70 Everett Avenue, Suite 315, Chelsea, Massachusetts 02150.

Wildlife Inspector Karen M. Ficarilli
United States Fish and Wildlife Service
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS LAND COURT DEPARTMENT OF THE TRIAL COURT Miscellaneous Case No. 293303 To Denise Jennings, Washington Mutual Bank FA, interested A petition has been presented to said Court by MA State Employees Credit Union and to all other persons Raymond Party, Jr of Rockingham, in the State of New Hampshire representing that he holds as tenant in common an undivided ½ part or share of certain land lying in Charlestown in the County of Suffolk, and briefly described as follows: A certain parcel of land with the buildings thereon situated in Charlestown, Suffolk County, Massachusetts being No. 116 Elm Street and bounded and described as follows: Beginning at a point on the Southwesterly side of Elm Street 23.92 feet, thence running Southwesterly again Northwesterly line of passageway 42.64 feet; thence running Northwesterly by land now or formerly of Sarah H. Pierce 13.58 feet; thence running Northwesterly again; still by the same 9.89 feet; thence running Northwesterly by land now or formerly of Eliza J. Mahan, the wall running in part through the center of the partition wall 43.19 feet. Containing 1,014 square feet of land, more or less, the street address of the land is 116 Elm Street, Charlestown, Massachusetts, setting forth that he desires that all the described land be sold at private sale for not less than $475,000.00 dollars and praying that partition may be made of all the land aforesaid according to law, and that, if a commission to make such partition be ordered, and the Court finds cannot be advantageously divided either at private sale or public auction, and be ordered to distribute the net proceeds thereof to those entitled thereto. If you desire to object thereto you or your attorney should file a written appearance in said Court on or before ten o'clock in the forenoon on the twenty third day of August 2004, the return day of this citation Witness, KARYN F. SCHEIER, Chief Justice of said Court, this twelfth day of July, 2004. Attest: Deborah J. Patterson, Recorder.

### SALES

## $ MANAGEMENT OPPORTUNITY
### VOLVO
**AUTOMOTIVE INDUSTRY**

e opportunity for a strong Sales Manager with a proven track record in USED CARS!!

PROFILities must include strong skills at the desk.

EXECUT training, motivating and coaching are also key ls to succeed in this fast paced environment.

Assistant
Executive
for name G elieve you can keep up with one of the hottest & others, es in the industry, we want to hear from you!
company s
energetic
vidual. o you have the juice? If so, you'll receive:
can Comp A compensation package that will overwhelm you
Ability to tasks requ
must. T acc Loyalty bonus/profit sharing (after 1 year)
town. Exce Company contribution to 401k plan
profession Two weeks paid vacation (after 1 year)
programs. Generous Medical /Dental Benefits
benes to st Word Demo/Demo allowance
ry structure
puter: Wor
X419 fax
mdolak@co

Circulation
For medi
Postal pres
skills need
781
RADJR@

Computer

COMPUTER
7070 for confidential interview or send resume and to jens@loveringvolvo.com or fax to 603-891-6633

**LOVERING VOLVO**
at Nashua
Contact: Jens Griem

Construct
GC NEEDS E
PROJ ENG's, above average computer skills Pella Windows and Doors has
With a do motivated to close the sale. Sales immediate openings for
now attit a must. Knowledge of construc- Replacement Sales Representatives
you unap and/or s ed? Growt ry a plus.
is eager to team of ta ducts, Inc. Fax: (413) 773-1158
respecte sum of Greenfield, MA 01301
MA Ca Submit resumes to:
Greenwood jeff@184.pellapdsn.com 155 Main St. Email:

Mortage Loan Estab. MA Attn: Replacement Manager
for top Per
man tgag
ent. Base
tly. Poring

**Real Estate**
**R.E. CAREER**

### RETAIL

## TALENTED PEOPLE NEED ROOM TO GROW.
## SO WE GIVE THEM 30,000 SQUARE FEET!

What else would you expect from one of the biggest names in retail? At Marshalls we hire great people and make sure they have the best career advantages in the business:
• Support of a stable, successful industry leader
• Work/life balance
• Career growth from our "promote-from-within" strategy
With a great team in a great environment, it's no wonder we continue to grow!

### STORE MANAGER

Are you creative about increasing store sales and reducing shrink? Can you develop, manage and motivate a large store team? Do you have experience managing retail stores with a volume of $5+ million?

With 5 or more years in retail management (softlines a plus), excellent communication skills and a talent for managing expenses and training people, you're well qualified for this opportunity. In addition to the professional growth and impact you'll have at Marshalls, you'll find a broad range of benefits: health insurances, 401(k), bonuses, stock options, an Associate discount and so much more. Put your experience to work with an industry leader. The stability and success are unparalleled!

### ASSISTANT STORE MANAGER

Here's an opportunity to put your many talents to work - expertise in merchandise display, hiring/training and motivating a 30+ team of Associates, monitoring shrink reduction and assisting the Manager with creative plans to increase store sales.

If you have 5+ years' experience in retail management (softlines a plus), excellent communication, supervisory and training skills, bring them to Marshalls. In return for your talents, we offer health insurances, 401(k), an Associate discount, profit sharing and an environment where what you say has real impact!

Fax resume to: Cheryl Horrigan
781-229-9924
or email resume to:
Virginia_Coyne@tjx.com

Marshalls is an equal opportunity employer committed to workforce diversity. A Division of the TJX Companies.

**Marshalls**
Get Into Marshalls

RETAIL SALES

### EDUCATION

**Mendon-Upton Regional School District**

*Classroom Music Teacher*
Grades 4-7

Please mail or fax a letter of application and resume to: Mr. Paul D. Daigle, Superintendent, 150 North Ave., P.O. Box 5, Mendon, MA 01756; Fax: (508) 634-1582
AA/EOE

### GENERAL

## HAWKERS WANTED

To sell the Daily and Sunday editions of:

**The Boston Globe**

Numerous locations are available in the downtown and Metro areas.

Available shifts are:
6 a.m. to 9 a.m.
Monday to Friday
and 7 a.m. to 12 noon on Sunday

Call RSI @
1-800-858-4275 X0

### ACTIVISM

## SUMMER JOBS
### WITH THE SIERRA CLUB
AND OTHER GROUPS

**$350 - $550 week**

• Protect our National Parks and Forests!
• Save endangered species!
• Work w/great people!

Work with the SIERRA CLUB on a campaign to save wilderness areas. Year-round & career opport-

### GENERAL

Office Help
**RECRUITER/OFFICE HELP**
Estab. hospitality recruiting company seeks organized individual. Hourly Day, monthly bonuses, benefits avl, full gym, fun & relaxed environment. No exp. nec. Call 781-939-5627 X231

Receptionist
**SALON RECEPTIONIST**
Reliable & energetic
Boston Salon
617-536-6113

Road Service
**ROAD Service**, $500+/wk + wkly bonus. Help motorists jump start, gas, etc. Veh. req. 866-424-5647

Salon
**ASSISTANTS.** Newton Ctr. Salon. Must be in school or have lic. In salon training avail. Fun environment. No. exp. req. Call Arlene 617-969-2218

Salon
**NEW HARVARD SQ. SPA** Seeks massage therapists, hair stylists, nail techs, esthetician & rcpt. staff, front

| U.S. Department of the Interior United States Fish and Wildlife Department | PROCESS RECEIPT AND RETURN | |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-11128-GAO | |
| DEFENDANT<br>ONE CARVED ELEPHANT IVORY TUSK (*Loxodonta africana*) | TYPE OF PROCESS<br>**Complaint and Warrant & Monition** | |

| SERVE ▶ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Dr. Peter I. Okwesili |
| | ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*) |
| | 29 Hillview Avenue, Roslindale, MA 02131 |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | |
|---|---|---|
| Shelbey D. Wright, Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Please serve a copy of the attached Complaint and Warrant & Monition upon the above-named individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of : *Shelbey D. Wright/LJT* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>July 1, 2004 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process No. 1 | District of Origin No. MA | District to Serve No. MA | Signature of Authorized USMS Deputy or Clerk | Date 11/1/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

| Name and title of individual served (*If not shown above*). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (*complete only if different than shown above*) | Date of Service | Time ___ am ___ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: On 7/9/04, a copy of the Complaint and Warrant & Monition was mailed via certified mail to Dr Okwesili by USFWS Inspector Karen Ficorilli. On 8/10/04, the certified mail was returned to the US Fish & Wildlife Service as "unclaimed." On 8/13/04, WI Karen Ficorilli removed the contents of the certified mail and re-sent these contents via Certified Mail to Roslindale Pharmacy (Okwesili's business address). No receipt was ever received. On 10/8/04, items re-sent via certified mail.

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ *USMS RECORD*   ☐ *NOTICE OF SERVICE*   ☐ *BILLING STATEMENT*   ☐ *ACKNOWLEDGMENT OF RECEIPT*

VM the certified receipt was signed by Dr Okwesili on 10/30/04. (See attached copies of receipt)

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
ROSLINDALE, MA 02131

| | | |
|---|---|---|
| Postage | $ 0.83 | UNIT ID: 0004 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KQXJWY |
| Total Postage & Fees | $ 4.88 | 07/09/04 |

Sent To: Dr Peter I. Okwesili
Street, Apt. No.; or PO Box No.: 29 Hillview Ave
City, State, ZIP+4: Roslindale, MA 02131

PS Form 3800, June 2002                 See Reverse for Instructions

7003 1680 0006 5896 0469

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
ROSLINDALE, MA 02131

| | | |
|---|---|---|
| Postage | $ 0.83 | UNIT ID: 0004 |
| Certified Fee | 2.30 | Postmark Here (BOSTON MA A.M.C. 08/13/04) |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KQXJWY |
| Total Postage & Fees | $ 4.88 | |

Sent To: Dr Peter Okwesili
Street, Apt. No.; or PO Box No.: Roslindale Pharmacy, 452 Hyde Park Ave
City, State, ZIP+4: Roslindale MA 02131

PS Form 3800, June 2002                 See Reverse for Instructions

7003 1680 0006 5896 0550

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
ROSLINDALE, MA 02131

| | | |
|---|---|---|
| Postage | $ 0.83 | UNIT ID: 0004 |
| Certified Fee | 2.30 | Postmark Here (BOSTON USPS) |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KNXHVS |
| Total Postage & Fees | $ 4.88 | 10/08/04 |

Sent To: Dr Peter Okwesili
Street, Apt. No.; or PO Box No.: 29 Hillview Ave
City, State, ZIP+4: Roslindale MA 02131

PS Form 3800, June 2002                 See Reverse for Instructions

7004 1160 0006 1099 6635

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
ROSLINDALE, MA 02131

| | | |
|---|---|---|
| Postage | $ 0.83 | UNIT ID: 0004 |
| Certified Fee | 2.30 | Postmark Here (BOSTON OCT 2004) |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KNXHVS |
| Total Postage & Fees | $ 4.88 | 10/08/04 |

Sent To: Dr Peter Okwesili
Street, Apt. No.; or PO Box No.: Roslindale Pharmacy - 452 Hyde Park Ave
City, State, ZIP+4: Roslindale MA 02131

PS Form 3800, June 2002                 See Reverse for Instructions

7004 1160 0006 1099 6228

---



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Dr Peter Okwesili
    29 Hillview Ave
    Roslindale MA 02131

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_       ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Peter Okwesili
C. Date of Delivery: 10-30-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 1160 0006 1099 6635

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540




| U.S. Department of the Interior<br>United States Fish and Wildlife Department | PROCESS RECEIPT AND RETURN | |
|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CA No. 04-11128-GAO | |
| DEFENDANT<br>ONE CARVED ELEPHANT IVORY TUSK (*Loxodonta africana*) | TYPE OF PROCESS<br>**Complaint and Warrant & Monition** | |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>One Carved Elephant Ivory Tusk (*Loxodonta africana*) |
|---|---|
| | ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*) |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | |
|---|---|---|
| Shelbey D. Wright, Assistant U.S. Attorney<br>United States Attorney's Office<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Please seize and maintain custody and control of the above-named Elephant Ivory Tusk in accordance with the attached Complaint and Warrant & Monition and applicable law.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of :<br>Shelbey D. Wright/LJT | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(617) 748-3100 | DATE<br>July 1, 2004 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process<br>No. 1 | District of Origin<br>No. MA | District to Serve<br>No. MA | Signature of Authorized USMS Deputy or Clerk<br>Karen M [signature] | Date<br>7/8/04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

| Name and title of individual served (*If not shown above*). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (*complete only if different than shown above*) | Date of Service | Time | am<br>pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: On 7/8/04, USFWS Wildlife Inspector Karen Ficarelli affixed the Complaint and Warrant & Monition to the above-named Elephant Ivory Tusk, thereby seizing the item in place and maintaining custody and control of same.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD  ☐ NOTICE OF SERVICE  ☐ BILLING STATEMENT  ☐ ACKNOWLEDGMENT OF RECEIPT