UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| | Civil Action No. : 04-11128-GAO |
| v. | |
| ONE CARVED ELEPHANT IVORY TUSK (*Loxodonta africana*), | |
| Defendant. | |

## MOTION FOR ENTRY OF DEFAULT

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby requests that default be entered pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Peter Ikenna Okwesili, and all other persons claiming an interest in one carved elephant ivory tusk, *Loxodonta africana* (the "Defendant Property"), for failure to file an answer or otherwise to defend, as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

In support of this application, the United States submits the attached Affidavit.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA  02210
(617) 748-3100

Dated: 12/02/04

SO ORDERED AND ALLOWED

_____
GEORGE A. O'TOOLE, JR.
United States District Judge

Date: _____

## CERTIFICATE OF SERVICE

I, Anton P. Giedt, Assistant U.S. Attorney, hereby certify that a true copy of the foregoing Motion for Entry of Default, as well as the Affidavit in Support of Motion for Entry of Default, was served upon Peter Ikenna Okwesili, 29 Hillview Avenue, Roslindale, Massachusetts 02131, and also at Roslindale Pharmacy, 452 Hyde Park Avenue, Roslindale, MA 02131, by first class mail, postage prepaid.

_____
Anton P. Giedt
Assistant U.S. Attorney

Dated: 12/02/04

N:\LTalbot\wright\Elephant Ivory\Default Motion.wpd

2