UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE CARVED ELEPHANT IVORY TUSK (*Loxodonta africana*),<br><br>Defendant. | Civil Action No. : 04-11128-GAO |

**AFFIDAVIT IN SUPPORT OF APPLICATION**
**<u>FOR ENTRY OF DEFAULT</u>**

I, Anton P. Giedt, state under oath as follows:

1. I am an Assistant United States Attorney. I represent the plaintiff, the United States of America, in this case. This is an action <u>in</u> <u>rem</u> for forfeiture of the defendant property, more particularly described as: one carved elephant ivory tusk, *Loxodonta africana* (the "Defendant Property"). Accordingly, this action is governed by the procedures set forth in the Federal Rules of Civil Procedure and in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

2. The Defendant Property, which was seized on or about January 6, 2004, at Logan International Airport, Boston, Massachusetts, is subject to forfeiture to the United States pursuant to 16 U.S.C. §§ 1540(e)(4)(A), 4224(e), and 3374(a)(1). It is subject to forfeiture based on the following:

**U.S. Department of the Interior**
**United States Fish and Wildlife Department**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF<br>**UNITED STATES OF AMERICA** | COURT CASE NUMBER<br>CA No. 04-11128-GAO |
|---|---|
| DEFENDANT<br>**ONE CARVED ELEPHANT IVORY TUSK (*Loxodonta africana*)** | TYPE OF PROCESS<br>**Complaint and Warrant & Monition** |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
PUBLICATION

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Please publish the attached Notice of Libel at least once for three (3) successive weeks in USA Today or any other newspaper of general circulation in the District of Massachusetts, in accordance with the attached Verified Complaint and Warrant & Monition.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of : | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Shelbey D. Wright/LJT | ☒ PLAINTIFF<br>☐ DEFENDANT | (617) 748-3100 | July 1, 2004 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | No. 1 | No. MA | No. MA | [signature] | 8/12/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

| Name and title of individual served (*If not shown above*). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (*complete only if different than shown above*) | Date of Service | Time am pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: The notice of Libel was published in the Boston Globe which has a general circulation in the District of Massachusetts. For the first two weeks the name was mis-spelled as "Petey" (on 7/15/04 and 7/22/04), so the Notice of Libel was published correctly for the 3 consecutive weeks after that (on 7/29/04, 8/5/04 and 8/12/04). See attached.

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM US

☐ USMS RECORD ☐ NOTICE OF SERVICE ☐ BILLING STATEMENT ☐ ACKNOWLEDGMENT OF RECEIPT

**GOVERNMENT EXHIBIT**
A

**ABY GRAND,** Piano, einway, 1911, rec death fam forces sale 5,000/BO. 727-459-4066.

**STON** PIANO by Stein- y. Rare, solid Mahogany, gloss finish. 6ft. 4in. and. Stunning, beautiful, rfection, w/full Piano Disc it. Immaculate cond., like w. Value $41,860; Sell 4,450/BO. Bedford, NH. 3-472-9084.

**and** Piano,1999 Petrof III ony Polish 6'4" w/QRS yer, bench & many CDs ll sell without QRS -2K). 3,500. 978-779-0019.

**OVING,** Forced to sell. ung Chang, Baby Grand ano, great condition, 500 508-821-2954

**ANO,** Baldwin Acrosonic, most never used, excel- t in & out. Asking $2,700. ll 617-731-5234.

**maha,** Baby Grand Pi- o, 4 yrs.old, like new, l. bench, cover & humidi- r, Polished Ebony. 900. 603-774-8501.

**AMAHA** G2 Piano bench, 5'6" Ebony, 4 yrs, e owner, excel. condition 0,995/BO. 617-563-1305.

**OFFICE FURNITURE**

**GEIGER INTERNATIONAL**
t maple wood. Exec furn. w cost over $100K, sacri- e, also conf rm furn, fire filing, steelcse exec sw p chairs, recept rm furn, x60 tables. bkcases, etc ice Furn Liq. M-F 9-5. 9 Broadway Somer. 617- 5-7060 800-585-3250

**CUBES & WORKSTATIONS**
**ickloads,** all sizes, also nderds of exec desks, ivel & guest seating conf. les, filing cabs, all sizes. ch more. M-F 8:30-5 CAMB. 617-876-6614

**TERAL FILE BLOWOUT SALE**
qual. All sizes. Grt deals /dr. & up. 508-879-8693

**PHOTOGRAPHS & CAMERAS**

**NEED CASH?**
or new photo equip. is rth more than you think. OTOGRAPHICS, Vinnin Sq ampscott 781-598-6664
WE BUY/SELL/TRADE

**Y/SELL/TRADE,** neras, Lenses, etc. ving top $ @ Hunts in lrose 781-662-8822

**RUGS/FLOOR**

**RPET,** 2rms up to 230sf 98. Berbers & plush crpt $1.53/psf all inc install & . Free estimates. Why the middle man? Buy di- t & save. Member of BBB Chamber of Commerce. Call 1-888-717-4767

**SERVICES &**

877-888-4767

**ALL MUST GO,** Moving. Furn., rugs, window treat- ments, desks. Sat., Sun. 9- 4, 11 Pine St. Wellesley.

**AYRE,** Multi-yard Sale Sat, 7/17, 8-3, Rain 7/18, 12 Patricia Drive, Ayre. Antiques, dolls, books, hsehld, furn, + more!

**BRAINTREE,** Giant yd sale, Sat. 8-4, 236 Grove St. Heri- tage Church. Rain or shine, furn, baby stuff & more

**BRASS HEADBD,** Oak Desk/Rocker, hsehold items 7/16 & 7/17, 9-4, 17 Tangen St. off Oak St, Randolph

**BURLINGTON**
Sun. July 11, 9-3
38 Terrace Hall Ave.

**CAMBRIDGE,** Multi-House. Sat. 7/17, 9-3. Saint Paul St. (Central Sq). Great Stuff!

**EVERETT,** Sat 9-4 32 Irving St tools, paint'gs hsewares, frames, skates teddy bears

**EVERETT,** Sat & Sun 7/17- 18, 9-3pm @ 39 Mt. Wash- ington St. No Early Birds!

**HINGHAM,** Estate Sale. Rooms of fine furnishings. 60 Thistle Patch-"The Mead- ows" Fri. 9-4, Sat. 9-12

**HUGE HOME &** Office Mov- ing Sale. Furniture, doors, windows, baby stuff & more. Sat. & Sun. 9-5. 430 Hartford Ave., BELLINGHAM

**HUGE YARD** Sale, Antique Items. Hsehold goods. 149 Nashua Rd, Billerica, 9 a.m.

**HUGE YARD Sale,** Sat. 7/17, 8am.-2pm. 56 Devon- shire Rd Newton (Waban).

**LINCOLN,** Ctr. Moving. 8 Sandy Pond Rd. Sat, 7/17, 8-3. Antiques, furn & more. maypoleassociates.com

**MOVING FROM HOUSE,** to Apt! Lots tools/hdwr, kitchen, furn, linens, clothes, more! Sat 7/17, 8-3 @ 21 Harris, Randolph. Rt 28 (Main) onto Oak (@ Temple). 5th Rt onto Tangen (nr res- ervoir) then Left, Rt, Rt.

**MOVING SALE,** 14 Alexan- der Ave., MEDFORD. Sat. 7/17, 1-4. Bookcases, tv, lamp, table, etc. Will be held inside if raining.

**MOVING,** 17 South Oliver St. Tewksbury, Sat. 7/17, 10-2. Furn, kit, dec. items, exer. equip, lawn & more.

**MOVING,** One day only! Furn, kids, hsewres, misc- Sat 7/17, 8am-1pm. 182 Cannon Forge Drv. Foxboro

**MOVING SALE,** Table, bkcase, bed, Oriental rug. + more. Appt 617-571-4489

**MOVING** Wellesley, Sun. 7/18, 8-3 pm, 3 Maple Rd. off Rt. 9W, antiques, furn.

**MOVING,** Furniture, hsehld items, Sun., 7/18, 9-3. 3 Wildwood Cir. Holbrook.

**NEEDHAM** Sat 9-12 21

**BOXER PUPS** reg., flashies, vet chckd, tails/dews/shots, $600-$800. 508-883-5417, 931-505-2164

**BOXERS,** AKC. Big white male. Call 603-497-3047; www.geocities.com/me__ mcgrath/boxers.html

**BREEDER,** Sellout. Small breed, adult dogs. Pekes, Poms, Chihuahuas, mini- poodles & Bostons. Reason- able prices. Some puppies avl. For info, 207-487-6216

**BRITTANY @ STUD,** AKC, OFA, excellent, white & liv- er, call David 6-8 PM. (508) 823-3734

**BRITTANY PUPS,** M/F, O/W, L/W. Championship bloodlines. Shots, Vet certi- fied. $700. 978-948-7542.

**BULL TERRIER,** Female, wht, 12 wks, show/pet pot'l. Shots, $1600. 617-719-4049

**CAIRN TERRIER PUPS,** Reg. cute little toto's, non shed, shots, $475-$500. 978-649-5897

**CAIRN TERRIERS $295+**
Little Toto's, no shed, happy hooligans 781-727-0628

**CANE CORSO MASTIFF,** Puppies, rare breed, big, good with kids. Ready 7/26. Call 603-679-8786

**CAVALIER,** Spaniels, UKC reg., blenheim, vet checked & guar., $1100-$1500. Call 508-987-7161.

**CHESEAPEKE BAY,** Retriever pups, $550-$650. (802) 626-5282 www. kirbymountainkennels.com

**COCKAPOO PUPPIES,**
Grt Selection, blck, buff, parti colors 781-727-0100

**DOBERMAN,** Pups, 7 weeks, AKC, warlock males, black/rust, shots, tails, $550. 774-526-6774

**ENGLISH BULLDOG,** 2 yr old male, brindle & white, w/shots, great w/kids. $1800. Call 617-698-7266

**ENGLISH BULL DOG** Pups, AKC, 8 wks old, fawn & wht, brindle, 3M & 3F. $2000/ea. 617-325-8493

**ENGLISH & OLDIE BULLDOG PUPS**
Red & white, wrinkly, im- pressive, Visa 781-727-0100

**GERMAN SHORTHAIRED** Pointer pups, home raised w/parents, outstanding hunters, exc house dogs. $900. 978-774-8195

**German Shepherd Pups,** German Import, Blk & Red. Solid Blk. Guar. 207-942- 4999 lebenshunger.com

**GERMAN** Shepherd pups, imports, all details at www.conniespups.com. $750-$1000 401-722-3461.

**GERMAN SHEPHERDS,** Quality and warranteed. www.munsterabbey.com 207-345-9796

**GIANT BREEDS,** St. Ber- nard, Great Dane, English Mastiff, hlth guar, gd temp

w/black mask, vet checked, 1st shots, guaranteed. $1000. 508-477-3491

**PUGS ALSO PUGGLES**
Fawn. Shots, ready, Hurry, must see. (781) 727-0628

**PUPPY SALE $275**
Poodle Mixes, Cainterriers, & J. Russells 781-727-0628

**ROTTWEILER PUPS,** AKC, gorg & healthy & great temp. Must See! shots, $500-550. 978-649-5897

**SIAMESE KITTENS,** CFA Grand Champ Li, gorg, type, sweet temps, shots, dewormed, 603-437-5047

**SIAMESE,** Kittens, choc pt, beaut blue eyes, 6 wks old, parents on premises, $250ea. 401-486-6415.

**SIAMESE KITTENS,** CFA reg., 1st shots incl, health guar., raised with cats & dogs. $300. (508) 892-8930

**SIBERIAN HUSKY,** Reg. pups, active, very social, health guarantee. $595. Call 508-987-1639.

**SMALL** Breeds. Registered pups. Shots. Sheltie, Cock- er, Pug & Pomeranian, $495-$950. 508-987-7161

**WANTED,** Norwegian
Elk hound puppy. Call 508-428-1579

**WEST HIGHLAND,** Terrier pups, gorgeous white & playful, shots & wormed, $525-$575. 978-649-5897.

**YORKIES, Tiny Toys, Reg.**
adorable, little pocket pals, also reg. size 781-727-0100

**BUSINESS OPPORTUNITIES & FRANCHISING**

SUNOCO
directs immediate
**SEALED BID**
**8 C-Stores w/Gasoline**
Springfield, W. Springfield
Chicopee & Raynham, MA
Hooksett, NH
Newport & Cranston, RI
Bid Deadline • 8/27
800.747.3342, x406
www.nrc.com/406
NRC REALTY ADVISORS, LLC
*In conjunction w/Garrett Auctioneers-Lic MA Brk*

**AGING EXCELLENCE FRANCHISES AVAILABLE**
The Leader in Non-Medical Services and Products to keep mature adults Active & Independent
•High Demand Niche
•Office & Retail Business avl
•Proven Business Systems

## LEGAL NOTICES

Complete information and authorization to view the site may be obtained from the Capital Programs Department Office at the Massachusetts Port Authority. The right is reserved to waive any informality in or reject any or all proposals.

**MASSACHUSETTS PORT AUTHORITY**
**CRAIG P. COY**
**CEO AND EXECUTIVE DIRECTOR**

### LEGAL NOTICE

### Request for Proposal for Services

The State of Connecticut, Office of Policy and Management, is seeking proposals from vendors to provide certain services related to the aggregation of the State's electric accounts and to produce recommendations and strategies on ways the State can package this aggregated load to produce maximum savings in the competitive electric supply market.

The intent of the request is to identify firms with the necessary expertise to provide the consultant and analytical services necessary to analyze the State's electric load profiles and consumption levels, recommend a procurement strategy for the State's electric pool, and monitor performance of the pool in the competitive market, within a stated time-frame.

The request for proposal is available online at www.opm.state.ct.us/rfps.htm or from the Office of Policy and Management, Policy Development & Planning Division, 450 Capitol Ave., MS#52ENR, Hartford, Connecticut 06106-1308, Telephone (860) 418-6441, Fax (860) 418-6495. Deadline for response submission is 2:00 P.M., September 3, 2004.

**THE ANNUAL RETURN** of the Carmenta Foundation for Health Education, Inc., a private foundation, is available for inspection at the office of Fanlight Productions, 4196 Washington Street, Suite 2, Boston, MA 02131, during normal business hours, within 180 days after the date of this notice. Contact Ben Achtenberg, Treasurer, at (617) 469-4999.

The Boston Globe
For Home Delivery, call 1-888-MY GLOBE
(1-888-694-5623)

**Request For Proposal Investment Consultant Services**
**Andover Contributory Retirement System**
The Andover Contributory Retirement Board is seeking proposals for **Investment Consultant Services.** Responses to this Request for Proposal will be accepted until **Monday, August 16, 2004** before **3:00 PM.** Complete packets of the conditions of the request for proposals are available from the Retirement Office, Andover Town Offices, 36 Bartlet Street, Andover, MA 01810. Any questions related to this proposal, please call the Retirement Office at (978) 623-8209.

SELL SOMETHING SOON
GLOBE CLASSIFIED ADS
617-929-1500
FAX 617-929-1511

JULY 7, 2004

The Massachusetts Bay Transportation Authority is seeking letters of interest from parties wishing to obtain a license for exclusive sponsorship rights at the Route 128 Station Parking Garage. The License will authorize the erection of a sign on the garage building facing Route 128 also known as Interstate 95. The garage is a four story concrete structure with very high visibility. The Massachusetts Highway Department's latest traffic counts indicate that there are approximately 153,000 trips per day on the stretch of highway passing the Route 128 Station Parking Garage.

Prior to issuing a formal Invitation for Bids, the MBTA is interested in learning the following:

1. What is the preferred term length for the license agreement?
2. What is the preferred size of the sign?
3. Are there any other factors that may influence you to be more or less likely to bid on such an offering?
4. Please provide the contact information including name, title, address, telephone, fax and email address for the correct person to whom to direct a bid notice.

Please respond by **August 6, 2004 by 4:00 p.m.** in writing or via email to the MBTA's designated representative for real estate matters at the address below:

Ms. Lorna J. Moritz
Executive Director
Transit Realty Associates, LLC
20 Winthrop Square
Boston, MA 02110
617-482-2525
Fax 617-482-0210
ljmoritz@transitrealty.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF LIBEL

Civil Action No. 04-11128-GAO

United States of America, District of Massachusetts, at Boston, Massachusetts, June 22, 2004.

Notice is hereby given that a Libel has been filed in the United States District Court against One Carved Elephant Ivory Tusk (Loxodonta africana), (seized by the United States Fish and Wildlife Service, Office of Law Enforcement, from Petey Ikenna Okwesili on or about January 6, 2004, in Boston, Massachusetts), pursuant to 16 U.S.C. § 1540(e)(4)(a), 16 U.S.C. § 4224(e), and 16 U.S.C. §3374(a)(1).

All claims to this property must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims. All claims and answers must be filed wit the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for remission or mitigation are set forth in 28 C.F.R. Part 9. In addition to the procedures mandated by those regulations, a copy of the Petition for Remission or Mitigation should be filed with the seizing agency, which is the United States Fish and Wildlife Service, 70 Everett Avenue, Suite 315, Chelsea, Massachusetts 02150.

Wildlife Inspector Karen M. Ficorilli
United States Fish and Wildlife Service
District of Massachusetts

**Drive away with a deal.**

Automotive Classifieds
617 929 1500
classified@globe.com
www.bostonglobe.com/advertiser

**Email**
For your inquiries and customer service needs, **classified@globe.com**

**Mail**
to Boston Globe Classified Telephone Sales, P.O. Box 2378, Boston, MA 02107-2378
Please include Credit Card number and phone number in mail correspondence.

*Also available for your convenience*

**Docufax**
The Boston Globe's Fax-on Demand

**CONTRACTORS: LOOKING FOR DEPENDABLE HELP?**

The Boston Globe's HELP WANTED WEEKDAY SPECIALS run any 3 weekdays within a 6 day period

The Boston Globe CLASSIFIED
To advertise, call 617-929-1500
Fax 617-929-1511
www.bostonglobe.com/classifieds

## LEGAL NOTICES

## MASSACHUSETTS

**REQUEST FOR LETTERS OF INTEREST**
**SPONSORSHIP RIGHTS**
**ROUTE 128 STATION PARKING GARAGE**
**WESTWOOD, MA**
**JULY 7, 2004**

The Massachusetts Bay Transportation Authority is seeking letters of interest from parties wishing to obtain a license for exclusive sponsorship rights at the Route 128 Station Parking Garage. The License will authorize the erection of a sign on the garage building facing Route 128 also known as Interstate 95. The garage is a four story concrete structure with very high visibility. The Massachusetts Highway Department's latest traffic counts indicate that there are approximately 153,000 trips per day on the stretch of highway passing the Route 128 Station Parking Garage.

Prior to issuing a formal Invitation for Bids, the MBTA is interested in learning the following:

1. What is the preferred term length for the license agreement?
2. What is the preferred size of the sign?
3. Are there any other factors that may influence you to be more or less likely to bid on such an offering?
4. Please provide the contact information including name, title, address, telephone, fax and email address for the correct person to whom to direct a bid notice.

Please respond by **August 6, 2004 by 4:00 p.m.** in writing or via email to the MBTA's designated representative for real estate matters at the address below:

Ms. Lorna J. Moritz
Executive Director
Transit Realty Associates, LLC
20 Winthrop Square
Boston, MA 02110
617-482-2525
Fax 617-482-0210
ljmoritz@transitrealty.com

---

The Order of Notice from the Land Court of Massachusetts advising of a filing of a Complaint for Authority to Foreclose a mortgage to the Telephone Workers' Credit Union on the property of Gerald P. Leary, Jr. and Gayle M. Leary at 4 Blackwell Street in Dorchester, that appeared in this newspaper on June 24, 2004, appeared as the result of clerical error. It should not have appeared at all.
Signed,
Richard S. Daniels, Jr.
Attorney for the Telephone Workers' Credit Union

**YOU'LL FIND IT ALL IN THE GLOBE**
**THE BOSTON GLOBE**
For Home Delivery call 1-888-MY GLOBE (1-888-694-5623)

---

Attendance at the briefing is not mandatory, however, it is strongly encouraged in order to best familiarize your firm with the project details and the selection process.

Fifteen (15) copies of a bound document each limited to 25 sheets (50 pages), exclusive of covers and dividers, shall be printed on both sides of the sheet (8½" x 11") and shall be addressed to Mr. Christopher M. Gordon, Director of Capital Programs and Logan Modernization, and received no later than 12 Noon on Thursday, August 19, 2004, at the Massachusetts Port Authority, Logan Office Center, One Harborside Drive, Suite 209S, Logan International Airport, East Boston, MA 02128-2909. Any submittal that exceeds the page limit set here or that is not received in the Capital Programs Department by the above deadline shall be rejected as non-responsive.

Questions regarding this RFQ should be directed to Ms. Maureen McDonough, Assistant Director, at 617-568-5964 or via email at mmcdonough@massport.com.

---

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF LIBEL

Civil Action No. 04-11128-GAO

United States of America, District of Massachusetts, at Boston, Massachusetts, June 22, 2004.

Notice is hereby given that a Libel has been filed in the United States District Court against One Carved Elephant Ivory Tusk (Loxodonta africana), (seized by the United States Fish and Wildlife Service, Office of Law Enforcement, from Petey Ikenna Okwesili on or about January 6, 2004, in Boston, Massachusetts), pursuant to 16 U.S.C. § 1540(e)(4)(a), 16 U.S.C. § 4224(e), and 16 U.S.C. §3374(a)(1).

All claims to this property must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims. All claims and answers must be filed wit the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for remission or mitigation are set forth in 28 C.F.R. Part 9. In addition to the procedures mandated by those regulations, a copy of the Petition for Remission or Mitigation should be filed with the seizing agency, which is the United States Fish and Wildlife Service, 70 Everett Avenue, Suite 315, Chelsea, Massachusetts 02150.

Wildlife Inspector Karen M. Ficorilli
United States Fish and Wildlife Service
District of Massachusetts

---

Plan Book 5009 Page 478, to which reference may be made for a more particular description. Subject to and with the benefit of any and/or all rights, restrictions, covenants and easements of record, insofar as the same may be in force and applicable. For mortgagor's(s') title see deed recorded with Suffolk County Registry of Deeds in Book 9093, Page 658.
These premises will be sold and conveyed subject to and with the benefit of all rights, rights of way, restrictions, easements, right of ways, covenants, liens or claims in the nature of liens, improvements, public assessments, any and all unpaid taxes, tax titles, tax liens, water and sewer liens and any other municipal assessments or liens or existing encumbrances of record which are in force and are applicable, having priority over said mortgage, whether or not reference to such restrictions, easements, improvements, liens, or encumbrances is made in the deed. TERMS OF SALE: A deposit of FIVE THOUSAND ($5,000.00) DOLLARS by certified or bank check will be required to be paid by the purchaser at the time and place of sale. The balance is to be paid by certified or bank check at ABLITT & CARUOLO, P.C., 333 North Avenue, 4th Floor, Wakefield, MA 01880, other terms and conditions will be provided at the place of sale. The description of the premises contained in said mortgage shall control in the event of an error in this publication. OTHER TERMS, IF ANY, TO BE ANNOUNCED AT THE SALE.
Ameriquest Mortgage Company, Present holder of said mortgage, By its Attorneys, Brian Hachey, Esq., ABLITT & CARUOLO, P.C., 333 North Avenue, 4th Floor, Wakefield, MA 01880, (781) 246-8995, Dated: June 30, 2004

---

**ADVERTISEMENT**
**Request for Proposals (RFP) - Translation Services**

The Boston Public Health Commission (BPHC), located at 1010 Massachusetts Avenue, Boston, MA 02118, seeks a company to provide translation services on an "as-needed" basis to the BPHC. The contract will cover translation and design services not to exceed $60,000. Contract period will begin August 15, 2004 and end June 30, 2005. The deadline for this REP is Tuesday, August 3, 2004.

To be eligible, prospective vendors must have the ability to translate from English to 11 different languages, have an extensive software list by which documents can be delivered, pay workers the prevailing City of Boston Living Wage rate (currently $11.29 per hour) and submit all required elements of the proposal by 5:00 PM (EST) on Tuesday, August 3, 2004.

Complete details are available in the REP Application Guidance, which is available to all interested parties beginning on Tuesday, July 20, 2004 at www.bphc.org/rfp. To have a REP package sent or emailed to you, please call Kristin O'Connor in the Communications Office at (617) 534-7148 or email communications@bphc.org.

**Docufax**

The Boston Globe's Fax-on Demand system, available 24 hours a day, with rate, deadline and marketing information. Call 617-929-1500 and Press 2 for Docufax.

The Boston Globe CLASSIFIED

Globe please call 617-929-1500
tonglobe.com/classifieds.

---

week and are employed for 90 days or longer are eligible to participate in our medical and 401K programs.

PCF

call or visit us today!
60 First Avenue
Waltham, MA
(781) 466-1985
pcfops@pcfcorp.com

Call: (508) 650-5634
Visit us at: www.amr.net
We offer competitive compensation based on your experience, 401(k)/benefits plan, free uniforms, tuition assistance, free continuing education, and flexible shifts.
Committed to diversity in our workforce. EOE

BOOKS
COINS & STAMPS
COLLECTIBLES

Case 1:04-cv-11128-GAO Document 5 Filed 12/02/2004 Page 5 of 10

WHAT'S

Store fixtures
Swap or trade
Tickets
Tutoring
Vacuum cleaners
Vision supplies
Wallpaper
Wanted
Washers & dryers
Window shades
Yard sales

THE BOSTON GLOBE MARKET BASKET

See index for page location

The Boston Globe CLASSIFIED
To advertise, call 617-929-1500
Fax 617-929-1511
www.bostonglobe.com/classifieds

LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES LEGAL NOTICES

massport MASSACHUSETTS PORT AUTHORITY

**LEGAL NOTICE**
**REQUEST FOR QUALIFICATIONS**

**The MASSACHUSETTS PORT AUTHORITY** is soliciting professional consulting services for **MPA CONTRACT NO. L761-D1, SURFACE PARKING FACILITIES** for **LOGAN INTERNATIONAL AIRPORT, EAST BOSTON, MA.** The Authority is seeking a qualified consultant with proven experience to provide design and construction phase services for this project. The project will involve the design of sur-

change the information in this Request for Proposals, the information will be distributed to all Registered Offerors in the form of an addendum. To become a Registered Offeror you must sign the Offerors' Log when formally obtaining a copy of the Request for Proposals, submit a written and signed request on your company letterhead or a Request for RFP Form for a copy of the Request for Proposals, or sign in at the pre-proposal conference.

The award of the License for Subway Stations and Tunnels for Neutral Wireless Communications Services shall be made in compliance with Massachusetts General Laws, Chapter 161A, as amended and shall not discriminate on the basis of race, creed, color, sex, national origin, disability, or sexual orientation in consideration for an award.

THE MBTA RESERVES THE RIGHT TO REJECT ANY AND ALL PROPOSALS AND RESPONSES, IN WHOLE OR IN PART, AND THEN TO ADVERTISE FOR NEW PROPOSALS OR TO OTHERWISE DEAL WITH THE LICENSED PROPERTY, AS MAY BE IN THE BEST INTEREST OF THE MBTA. THE MBTA ALSO RESERVES THE RIGHT TO WAIVE ANY INFORMALITIES, MINOR DEVIATIONS, MISTAKES AND MATTERS OF FORM RATHER THAN SUBSTANCE AND TO SEEK CLARIFICATION OF THE PROPOSAL OR CONTRACT DOCUMENT, WHICH CAN BE WAIVED OR CORRECTED WITHOUT PREJUDICE TO OTHER OFFERORS, POTENTIAL OFFERORS OR THE MBTA. NO OFFICER OR AGENT OF THE MBTA IS AUTHORIZED TO WAIVE THIS RESERVATION.

Mark E. Boyle
Director of Real Estate

The Boston Globe
CLASSIFIED
To advertise, call 617-929-1500
Fax 617-929-1511
www.bostonglobe.com/classifieds

**REQUEST FOR PROPOSAL TO PROVIDE SECURITIES LIQUIDATION AND CUSTODY SERVICES OF UNCLAIMED PROPERTY IN ACCORDANCE WITH 27 VSA, CHAPTER 13**

The office of the Vermont State Treasurer is requesting proposals for securities liquidation and custody services in accordance with the requirement of the State's unclaimed property law. Proposals must be received no later than 4:00 p.m. Eastern time on August 15, 2004. To obtain a copy of the RFP, please visit www.vermonttreasurer.org or address all inquires concerning this RFP to:

Donna Holden
Vermont State
Treasurer's Office
133 State Street, 2nd Floor
Montpelier, VT 05633-6200
Phone: 802-828-3708
E-mail: dholden@tre.state.vt.us

**NOTICE OF PUBLIC HEARING**

Notice is hereby given that a public hearing will be conducted by the Massachusetts Health and Educational Facilities Authority (HEFA) on Thursday, August 12, 2004 at 10:00 a.m., in Suite 1000, 99 Summer Street, Boston, Massachusetts, 02110, with respect to the proposal that HEFA provide financing and refinancing from time to time for hospitals and other eligible institutions as may participate in HEFAs Variable Rate Demand Revenue Bonds, Capital Asset Program, Series M-3, Pool 3 and Series M-4, Pool 4 (collectively, Eligible Institutions), including, but not limited to the financing and refinancing of the acquisition, construction, renovation, remodeling and equipping of projects for the following Eligible Institutions:

(a) A project all to be owned and operated by Community Health Systems, Inc. located and to be located at 80 Park Street, Attleboro, Massachusetts, generally consisting of the construction of an approximately 23,000 square foot

on both sides of the sheet (8 x 11) and shall be addressed to Mr. Christopher M. Gordon, Director of Capital Programs and Logan Modernization, and received no later than 12 Noon on Thursday, August 19, 2004, at the Massachusetts Port Authority, Logan Office Center, One Harborside Drive, Suite 209S, Logan International Airport, East Boston, MA 02128-2909. Any submittal that exceeds the page limit set here or that is not received in the Capital Programs Department by the above deadline shall be rejected as non-responsive.

Questions regarding this RFQ should be directed to Ms. Maureen McDonough, Assistant Director, at 617-568-5964 or via email at **mmcdonough@massport.com**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF LIBEL

Civil Action No. 04-11128-GAO

United States of America, District of Massachusetts, at Boston, Massachusetts, June 22, 2004.

Notice is hereby given that a Libel has been filed in the United States District Court against One Carved Elephant Ivory Tusk (Loxodonta africana), (seized by the United States Fish and Wildlife Service, Office of Law Enforcement, from Peter Ikenna Okwesili on or about January 6, 2004, in Boston, Massachusetts), pursuant to 16 U.S.C. § 1540(e)(4)(a), 16 U.S.C. § 4224(e), and 16 U.S.C. §3374(a)(1).

All claims to this property must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims. All claims and answers must be filed wit the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for remission or mitigation are set forth in 28 C.F.R. Part 9. In addition to the procedures mandated by those regulations, a copy of the Petition for Remission or Mitigation should be filed with the seizing agency, which is the United States Fish and Wildlife Service, 70 Everett Avenue, Suite 315, Chelsea, Massachusetts 02150.

Wildlife Inspector Karen M. Ficorilli
United States Fish and Wildlife Service
District of Massachusetts

For home delivery.
1-888 MY GLOBE | 1-888-694-5623
The Boston Globe

AUTOMOTIVE DEALE

ACURA
BRIGHTON 617-254-5400
ACURA OF BOSTON
1600 Soldiers Field Rd.

HONDA
EVERETT RTE. 99 ON BOSTON LINE
HONDA CARS OF BOSTON
800-OK-HONDA

MERCEDES-BENZ
VITI INC.
Exclusively Mercedes
Tiverton, RI 1-800-544-5580

SATURN
NATICK RTE. 9 EAST
SATURN OF NATICK
508-651-1800
saturnofnatick.com

207 Highland Ave., Rte. 107
nr. Salem Hospital
Salem, MA 1-800-540-0403
www.hillcrestcorvette.com
cars.com

FORD
JANNELL FORD
200 Washington St., Hanover
(781) 982-4500
1-800-543-FORD

GMC
HUDSON 1-800-MY-TRUCK
TUCKS TRUCKS GMC
New England's Leading GMC Dealer
www.tuckstrucks.com
cars.com

Worcester, MA 508-791-2350
EDWARD BUICK GMC TRUCKS
72 Shrewsbury Street
www.edwardbuickgmc.com
cars.com

HONDA
HERB CHAMBERS HONDA
Boston 198 Comm. Ave. 888-805-6848
Burlington 33 Cambridge St. 888-941-3293
Seekonk 185 Taunton Ave. 888-350-1533
HERBCHAMBERS.COM
cars.com

978-739-8888; 1-800-7735159
cars.com

AUTOFAIR LEXUS
of Manchester, NH
1-800-45-LEXUS
22 mi. from Ma 93N to 101W

WATERTOWN
LEXUS OF WATERTOWN
617-926-0500
EXIT 17, MASS. PIKE
cars.com

MASERATI
W. NEWTON 617-559-0123
MASERATI OF N.E.
1203 WASHINGTON ST.

MAZDA
IRA MAZDA
Rte. 114, Danvers
978-739-8770; 800-913-4444

MERCEDES-BENZ
HAVERHILL 978-372-2552
SMITH MOTOR SALES
Exit 49 off Rte. 495
www.onlymercedes.com
cars.com

NISSAN
NORWOOD (781) 762-8100
CENTRAL SAAB
Rte. 1, Automile
centralsaab.com
cars.com

WATERTOWN 617-923-9230
CHARLES RIVER SAAB
Exclusive Saab Sales & Service
570 Arsenal St. Watertown
cars.com

WORCESTER 1-800-367-SAAB
PATRICK SAAB
New and Used Saabs
Widest Selection-Biggest Discounts
cars.com

SATURN
SATURN OF DANVERS
Liberty Tree Mall
Danvers, MA
978-777-9200 saturnofdanvers.com
cars.com

SATURN OF MEDFORD
5 Min. North of Boston on I-93 Exit 31
saturnofmedford.com
781-395-6800
cars.com

TOYOTA OF PORTSMOUTH
Rte. 1, Portsmouth NH
888-888-9070
cars.com

Salem, N.H. 603-893-3525
ROCKINGHAM TOYOTA
Route 97, Main Street
(Exit 2, off Route 93)

Watertown Boston
TOYOTA OF WATERTOWN
149 Arsenal Street 617-926-5200
Larg't selec'n in N.E. & lowest prices
cars.com

TOYOTA OF WELLESLEY
Rte. 9 East, Wellesley
781-237-2970

TOYOTA OF WEYMOUTH
710 Bridge St., Rte. 3A
(781)337-2000
cars.com

Woburn 781-933-1100
WOBURN TOYOTA
(Exit 36 off Rte. 128)
woburntoyota.com
cars.com

TO ADD YOUR DEALERSHIP, CALL THE AUTO LINE AT (617) 9

cars.com Search highlighted dealerships on boston.com/cars

HERB CHAMBERS DODGE OF DANVERS
107 Andover St., Rt. 114
Danvers, MA

INFINITI G35 2004
Toll free: 1.877.842.9889

DIAMONDS & JEWELRY

JEWELRY & WATCH BUYERS Want: Rolex Patek, Cartier 617 263-7766 avail. wknds.

ROLEX, MENS Presidential. All gold, mint cond, $7000/B.O. Cash talks. Must sell. (508) 543-7310

FITNESS

EXERCISE EQUIP, N.E. Leading Fitness Retailer Huge Inventory Reduction 50% OFF Entire Inventory 508-370-0110; Framingham www.exerciseplace.com

picked up in No Marshfield by 8/10/04, 781-834-1132.

JUKE BOX, AMI, #1014894, R86, Rowe International, $750/BO. (978) 443-7023 West of Boston.

PIANO, Baldwin Acrosonic, almost never used, excellent in & out. Asking $2,700. Call 617-731-5234.

PIANO, 6' Grand Baldwin, "Artist Series", handmade, exc cond, asking $3500. 508-829-9642 for appt.

PIANO, unique, Paine, mini square grand, recently appraised $1000. (508) 428-5039

freezer, sport equip, wt. bench, piano, lamps, household goods, more.

HOLLISTON, Estate Sale. By Franklin St. Antiques. Sat. & Sun., 8/7 & 8/8, 9AM-3PM, #60 Silver Lane

HUGE! MOVING! Bertini Stroller, Baby Bjorn, stereos, futon, tv, cameras, rugs. 7 Pratt St Allston. Brighton Ave to Linden to Pratt. Fri-Sat 9-3. LOADS MORE. 617-787-6885.

JAMAICA PLAIN, 14 Kingsboro Park, Sat. 8/7, 9 AM-4 PM. 1920's-1930's furn. 3 piece oak DR set incl beveled glass china cab., etc.

Baby doll faces, beaut coat Reg. shots, 781-727-0100

BLOODHOUND PUPS, AKC, males & fems, Parents on prem. rdy to go. Please call Bob, (508) 476-3567

BORDER COLLIE, Puppies. Registered. 10 weeks old. 1st shots, $550. Call 603-886-0409.

BOXER, Boston Terr, Labs, Pug, Schnauzer, Lhasa Apso, Corgi, Pomeranian, Eskimo 508-580-0032

BRITTANY PUPS M/F, O/W, L/W. Championship bloodlines. Shots, vet cert. $700. 978-948-7542.

kittens, registered. 1st shots, health certificate. $400. (603) 623-0669

POMERANIAN, PUPS, Sable, adorable, shots, ready. 781-727-0100

POODLES, Apricot & Red Mini, AKC, M & F, healthy, home raised, $400-$700 Porter Sq. (617) 628-2565.

PUG pups, black and fawn, all shots, 8 weeks old, $995. Also pug mixes, $400. Call 508-801-3722

PUG PUPS, Males. Fawn black mask. Whelped 6/12/04, shots & papers. Ready. (401) 787-0538

BOSTON GLOBE For Home Delivery Call 1-888-MY GLOBE (1-888-694-5623)

To advertise in The Boston Globe please call 617-929-1500 or visit us at www.bostonglobe.com/classifieds.

OPPORTUNITY KNOCKS!
FRANCHISING & BUSINESS OPPORTUNITIES bannered section.
Every Sunday and Wednesday
The Boston Globe CLASSIFIED
To advertise, call 617-929-7999 or 617-929-1500
FAX 617-929-1511

LEGAL NOTICES

MASSACHUSETTS

of September next.

**Unless an appearance is so filed by or for you, your default will be recorded, the said complaint will be taken as confessed and you will be forever barred from contesting said complaint or any judgment entered thereon.**

**And in addition to the usual service of this notice as required by law, it is ordered that the foregoing citation be published forthwith once in the Boston Globe a newspaper published in said Boston.**

**Witness, KARYN F. SCHEIER, Esquire, Chief Justice of said Court, this sixteenth day of June in the year two thousand and four**

**Attest with Seal of said Court. Deborah J. Patterson, Recorder**

**Plaintiffs Attorney: Joseph H. Callahan, Jr, Esq., Asst. Corp Counsel, City of Boston, Law Dept., City Hall, Room 615 Boston, MA 02201 (617) 635-3199**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF LIBEL

Civil Action No. 04-11128-GAO

United States of America, District of Massachusetts, at Boston, Massachusetts, June 22, 2004.

Notice is hereby given that a Libel has been filed in the United States District Court against One Carved Elephant Ivory Tusk (Loxodonta africana), (seized by the United States Fish and Wildlife Service, Office of Law Enforcement, from Peter Ikenna Okwesili on or about January 6, 2004, in Boston, Massachusetts), pursuant to 16 U.S.C. § 1540(e)(4)(a), 16 U.S.C. § 4224(e), and 16 U.S.C. §3374(a)(1).

All claims to this property must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims. All claims and answers must be filed wit the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for remission or mitigation are set forth in 28 C.F.R. Part 9. In addition to the procedures mandated by those regulations, a copy of the Petition for Remission or Mitigation should be filed with the seizing agency, which is the United States Fish and Wildlife Service, 70 Everett Avenue, Suite 315, Chelsea, Massachusetts 02150.

Wildlife Inspector Karen M. Ficorilli
United States Fish and Wildlife Service
District of Massachusetts

THE BOSTON GLOBE FOR HOME DELIVERY CALL 1-888-MY GLOBE (1-888-694-5623)

THE BOSTON GLOBE FOR HOME DELIVERY CALL 1-888-MY GLOBE (1-888-694-5623)

LEGAL NOTICES

MENT, WHICH CAN BE WAIVED OR CORRE... OTHER OFFERORS, POTENTIAL OFFERORS ... AGENT OF THE MBTA IS AUTHORIZED TO ...

Mark E. Boyle
Director of Real Estate

PUBLIC NOTICE OF ENVIRON...

**PROJECT:** Route 128/Brimbal Av... provements

**LOCATION:** Beverly, Massachuse...

**PROPONENT:** Massachusetts Hig...

**The undersigned is submitti... Notification Form ("ENF") to t... ronmental Affairs on or befor...**

**This will initiate review... pursuant to the Massachusett... cy Act ("MEPA", M.G.L. c.30, s... of the ENF may be obtained fr...**

Patrick Leah...
Massachusetts Highway...
Ten Park Plaza Ro...
Boston, MA 02...
617.973.824...

Copies of the ENF are also being s... Commission and Planning Board of ... be inspected.

The Secretary of Environmental Affa... the ENF in the Environmental Mon... comments on the project for 20 da... within ten days, if an environmenta... ed. A site visit and consultation ses... also be scheduled. All persons wish... project, or to be notified of a site v... sion, shoulds write to the Secretary o... 251 Causeway Street, Suite 800, ... 02114, Attention: MEPA Office, refe... ject.

By: Massachusetts Highway Depart...

BostonWo... Combining the power of The Boston Globe...

PUBLIC "Forum on Access to Fed. Rulemaking Online", 8/9, 1-4pm, Harvard U. Bell Hall. Register with tensuan.kristin@epa.gov or 202-632-0338. Pls register in case of cancellation.

ACURA, '99 CL 3.0 V6, premium ed., lthr, mnrf #P3280A $9900. www.acurapeabody.com or 888-770-0101

ACURA, '04 RSX, 300 mi. $17,995. ClairAcura.com Rt 1 Walpole/Norwood (866) 940-3333

ACURA, '94 Integra, 2 door, auto, $6995 ClairAcura.com Rt 1 Walpole/Norwood (866) 940-3333

ACURA, '92 Legend Coupe, auto, $7995 ClairAcura.com Rt 1 Walpole/Norwood (866) 940-3333

Boston's #1 Audi Certified Pre-Owned Dealer
2004 A4 1.8 Tip #4A205014 White/Black $29,670
2001 A4 1.8 Tiptronic #1A111478 Melange/Beige $17,594
2001 A4 Avant #1A089077 Hyblscus Red/Blk 41358 mi.

Audi of Nashua 1-888-New Audi Certified pre-owned
'01 A4 1.8 Avant 35K
'02 A4 1.8T 5Sp $20,900
'03 A4 $28,900
'01 A6 2.8Q Blue 34K
'01 A6 2.8Q Sil $23,900
'02 A6 2.7T Sil 6spd
'02 A6 2.7T Black 6sp
'03 A6 2.7T Sport 6 sp
'01 A6 Avant Silver
'02 A6 Avant Green 25K
'03 Allroad

BMW Certified Pre-Owned The Ultimate Driving Machine

BMW GALLERY Rt 1 Automile Norwood The Ultimate Driving Machine LEASE RATES THRU BMW FINANCIAL

Certified Pre-Owned X5 Pre-Owned Inventory 3 Series Pre-Owned Inventory The Ultimate Driving Machine

BMW, '02 530i sport, 24K mi., blue, #16511 $29,988. WWW.LEE PREOWNED.COM Rte. 9 Wellesley 781-237-5969

BMW, '01 X5 4.4i, white w/dove grey lthr, 23K, cleanest you'll ever find, lthr, navigation, CD, comfort seats, etc. $37,900. LAND ROVER PEABODY 978-535-9200 www.roverpeabody.com

BMW, '00 540i Touring #30659A, silver, black leather, beautiful shape, properly maintained CARFAX HISTORY $28,305 Kelly Jeep Chrysler

LEGAL NOTICES LEGAL NOTICES

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
NOTICE OF LIBEL

Civil Action No. 04-11128-GAO

United States of America, District of Massachusetts, at Boston, Massachusetts, June 22, 2004.

Notice is hereby given that a Libel has been filed in the United States District Court against One Carved Elephant Ivory Tusk (Loxodonta africana), (seized by the United States Fish and Wildlife Service, Office of Law Enforcement, from Peter Ikenna Okwesili on or about January 6, 2004, in Boston, Massachusetts), pursuant to 16 U.S.C. § 1540(e)(4)(a), 16 U.S.C. § 4224(e), and 16 U.S.C. §3374(a)(1).

All claims to this property must be filed within thirty (30) days after process has been executed, or within such additional time as may be allowed by this Court and all answers to the complaint must be filed within twenty (20) days after the filing of the claim. Such claims must be filed in accordance with the Federal Rules of Civil Procedure, Supplemental Rules for Certain Admiralty and Maritime Claims. All claims and answers must be filed wit the United States District Court for the District of Massachusetts, 1 Courthouse Way, Boston, Massachusetts 02210, and served upon the United States Attorney's Office, Asset Forfeiture Unit, 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210. The procedures for filing a petition for remission or mitigation are set forth in 28 C.F.R. Part 9. In addition to the procedures mandated by those regulations, a copy of the Petition for Remission or Mitigation should be filed with the seizing agency, which is the United States Fish and Wildlife Service, 70 Everett Avenue, Suite 315, Chelsea, Massachusetts 02150.

Wildlife Inspector Karen M. Ficorilli
United States Fish and Wildlife Service
District of Massachusetts

COMMONWEALTH OF MASSACHUSETTS LAND COURT DEPARTMENT OF THE TRIAL COURT Miscellaneous Case No. 299303 To Denise Jennings, Washington Mutual Bank FA, MA State Employees Credit Union and to all other persons interested. A petition has been presented to said Court by Raymond Party, Jr of Rockingham, in the State of New Hampshire representing that he holds as tenant in common an undivided ½ part or share of certain land lying in Charlestown in the County of Suffolk, and briefly described as follows: A Certain parcel of land with the buildings thereon situated in Charlestown, Suffolk County, Massachusetts, being No. 116 Elm Street and bounded and described as follows: Beginning at a point on the Southwesterly side of Elm Street 23.92 feet; thence running Southwesterly by the Northeasterly line of passageway 42.64 feet; thence running Northwesterly by land now or formerly of Sarah H. Pierce, 13.58 feet; thence running Southwesterly by the same, 0.61 of a foot; thence running Northwesterly again still by the same 9.89 feet; and thence running Northwesterly by land now or formerly of Eliza J. Mahan, the line running in part through the center of the partition wall, 43.19 feet. Containing 1,014 square feet of land, more or less. The street address of the land is 116 Elm Street, Charlestown, Massachusetts. setting forth that he desires that all the described land may be sold at private sale for not less than $475,000.00 dollars and praying that partition may be made of all the land aforesaid according to law, and to that and that a commission be appointed to make such partition and be ordered to make sale and conveyance of all, or any part of said land which the Court finds cannot be advantageously divided either at private sale or public auction, and be ordered to distribute the net proceeds thereof. If you desire to object thereto you or your attorney should file a written appearance in said Court at Boston before ten o'clock in the forenoon on the twenty-third day of August 2004, the return day of this citation. Witness, KARYN F. SCHEIER, Chief Justice of said Court, this twelfth day of July, 2004. Attest: Deborah J. Patterson, Recorder.

# BostonWorks

SALES SALES

$ MANAGEMENT OPPORTUNITY VOLVO

...OMOTIVE INDUSTRY

...e opportunity for a strong Sales Manager with a proven track record in USED CARS!

...ities must include strong skills at the desk. ...training, motivating and coaching are also key ...ts to succeed in this fast paced environment.

...elieve you can keep up with one of the hottest ...es in the industry, we want to hear from you!

...you have the juice? If so, you'll receive:
A compenastion package that will overwhelm you
Loyalty bonus/profit sharing (after 1 year)
Company contribution to 401k plan
Two weeks paid vacation (after 1 year)
Generous Medical /Dental Benefits
Demo/Demo allowance

LOVERING VOLVO at Nashua
Contact Jens Griem
...7070 for confidential interview or send resume and ...to jensg@loveringvolvo.com or fax to 603-891-6633

RETAIL RETAIL

TALENTED PEOPLE NEED ROOM TO GROW. SO WE GIVE THEM 30,000 SQUARE FEET!

What else would you expect from one of the biggest names in retail? At Marshalls we hire great people and make sure they have the best career advantages in the business:
- Support of a stable, successful industry leader
- Work/life balance
- Career growth from our "promote-from-within" strategy

With a great team in a great environment, it's no wonder we continue to grow!

STORE MANAGER

Are you creative about increasing store sales and reducing shrink? Can you develop, manage and motivate a large store team? Do you have experience managing retail stores with a volume of $5+ million?

With 5 or more years in retail management (softlines a plus), excellent communication skills and a talent for managing expenses and training people, you're well qualified for this opportunity. In addition to the professional growth and impact you'll have at Marshalls, you'll find a broad range of benefits: health insurances, 401(k), bonuses, stock options, an Associate discount and so much more. Put your experience to work with an industry leader. The stability and success are unparalleled!

ASSISTANT STORE MANAGER

Here's an opportunity to put your many talents to work - expertise in merchandise display, hiring/training and motivating a 30+ team of Associates, monitoring shrink reduction and assisting the Manager with creative plans to increase store sales.

If you have 5+ years' experience in retail management (softlines a plus), excellent communication, supervisory and training skills, bring them to Marshalls. In return for your talents, we offer health insurances, 401(k), an Associate discount, profit sharing and an environment where what you say has real impact!

Fax resume to: Cheryl Horrigan 781-229-9924 or email resume to: Virginia_Coyne@tjx.com.

Marshalls is an equal opportunity employer committed to workforce diversity. A Division of the TJX Companies.

Marshalls Get Into Marshalls

GENERAL GENERAL

HAWKERS WANTED

To sell the Daily and Sunday editions of: The Boston Globe

Numerous locations are available in the downtown and Metro areas.

Available shifts are: 6 a.m. to 9 a.m. Monday to Friday and 7 a.m. to 12 noon on Sunday

Call RSI @ 1-800-858-4275 X0

Pella Windows and Doors has immediate openings for Replacement Sales Representatives in our Shrewsbury, MA office.

...candidates should have good lis...ls, above average computer skills ...otivated to close the sale. Sales ...a must. Knowledge of construc...try a plus.

Submit resumes to: ...ducts, Inc. Fax: (413) 773-1158 155 Main St. Email: jeffj@184.pellapdsn.com Greenfield, MA 01301 ...ttn: Replacement Manager

EDUCATION

Mendon-Upton Regional School District

Classroom Music Teacher Grades 4-7

Please mail or fax a letter of application and resume to: Mr. Paul D. Daigle, Superintendent, 150 North Ave., P. O. Box 5, Mendon, MA 01756; Fax: (508) 634-1582 AA/EOE

ACTIVISM

SUMMER JOBS WITH THE SIERRA CLUB AND OTHER GROUPS

$350 - $550 week

- Protect our National Parks and Forests!
- Save endangered species!
- Work w/great people!

Work with the SIERRA CLUB on a campaign to save wilderness areas. Year-round & career oppor-

Office Help

RECRUITER/OFFICE HELP
Estab. hospitality recruiting company seeks motivated individual. Hourly pay + monthly bonuses; benefits avl; full gym, fun & relaxed environment. No exp. nec. Call: 781-939-5627 x231.

Receptionist

SALON RECEPTIONIST
Reliable & energetic Boston Salon 617-536-6113

Road Service
ROAD Service, $500+/wk + wkly bonus. Help motorists jump start, gas, etc. Veh. req. 866-424-5647

Salon
ASSISTANTS, Newton Ctr. Salon. Must be in school or have lic. In-salon training. Call Arlene 617-969-2218

Salon
NEW HARVARD SQ. SPA
Seeks massage therapists, hair stylists, nail techs, esth-...

Real Estate

U.S. Department of the Interior
United States Fish and Wildlife Department

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA No. 04-11128-GAO |
| DEFENDANT | TYPE OF PROCESS |
| ONE CARVED ELEPHANT IVORY TUSK (*Loxodonta africana*) | Complaint and Warrant & Monition |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Dr. Peter I. Okwesili

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)
29 Hillview Avenue, Roslindale, MA 02131

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

| Number of process to be served with this Form - 285 | |
|---|---|
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Please serve a copy of the attached Complaint and Warrant & Monition upon the above-named individual by certified mail, return receipt requested.

LJT x3283

| Signature of Attorney or other Originator requesting service on behalf of : | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Shelbey D. Wright / LJT | ☒ PLAINTIFF ☐ DEFENDANT | (617) 748-3100 | July 1, 2004 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (*Sign only first USM 285 if more than one USM 285 is submitted*) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | No. 1 | No. MA | No. MA | [signature] | 11/1/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

| Name and title of individual served (*If not shown above*). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (*complete only if different than shown above*) | Date of Service | Time am pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: On 7/9/04, a copy of the complaint and warrant + Monition was mailed via certified mail to Dr. Okwesili by USFWS Inspector Karen Ficorilli. On 8/10/04, the certified mail was returned to the US Fish + Wildlife Service as "unclaimed." On 8/13/04, WI Karen Ficorilli removed the contents of the certified mail and re-sent those contents via Certified Mail to Roslindale Pharmacy (Okwesili's business address). No receipt was ever received. On 10/8/04, items re-sent via Certified mail.

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM

☐ *USMS RECORD* ☐ *NOTICE OF SERVICE* ☐ *BILLING STATEMENT* ☐ *ACKNOWLEDGMENT OF RECEIPT*

KMF ~~Items were sign~~ The certified receipt was signed by Dr Okwesili on 10/30/04. (See attached copies

GOVERNMENT EXHIBIT B

7003 1680 0006 5896 0469

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ROSLINDALE, MA 02131

| | | |
|---|---|---|
| Postage | $ 0.83 | UNIT ID: 0004 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KQXJWY |
| Total Postage & Fees | $ 4.88 | 07/09/04 |

Sent To: Dr Peter I. Okwesili
Street, Apt. No.; or PO Box No.: 29 Hillview Ave
City, State, ZIP+4: Roslindale MA 02131

PS Form 3800, June 2002 See Reverse for Instructions

7003 1680 0006 5896 0599

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ROSLINDALE, MA 02131

| | | |
|---|---|---|
| Postage | $ 0.83 | UNIT ID: 0004 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KQXJWY |
| Total Postage & Fees | $ 4.88 | 08/13/04 |

BOSTON MA A.M.C. JUL 13 2004

Sent To: Dr Peter Okwesili
Street, Apt. No.; or PO Box No.: Roslindale Pharmacy, 452 Hyde Park Ave
City, State, ZIP+4: Roslindale MA 02131

PS Form 3800, June 2002 See Reverse for Instructions

7004 1160 0006 1099 6635

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ROSLINDALE, MA 02131

| | | |
|---|---|---|
| Postage | $ 0.83 | UNIT ID: 0004 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KNXHVS |
| Total Postage & Fees | $ 4.88 | 10/08/04 |

BOSTON MA 2004 USPS

Sent To: Dr Peter Okwesili
Street, Apt. No.; or PO Box No.: 29 Hillview Ave
City, State, ZIP+4: Roslindale MA 02131

PS Form 3800, June 2002 See Reverse for Instructions

7004 1160 0006 1099 6628

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

ROSLINDALE, MA 02131

| | | |
|---|---|---|
| Postage | $ 0.83 | UNIT ID: 0004 |
| Certified Fee | 2.30 | Postmark Here |
| Return Reciept Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KNXHVS |
| Total Postage & Fees | $ 4.88 | 10/08/04 |

BOSTON OCT 8 2004 USPS

Sent To: Dr Peter Okwesili
Street, Apt. No.; or PO Box No.: Roslindale Pharmacy – 452 Hyde Park Ave
City, State, ZIP+4: Roslindale MA 02131

PS Form 3800, June 2002 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr Peter Okwesili
29 Hillview Ave
Roslindale MA 02131

ROSLINDALE MA 02131 OCT 30 2004 USPS

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☒ Addressee

B. Received by (Printed Name): Peter Okwesili
C. Date of Delivery: 10-30-04

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7004 1160 0006 1099 6635

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

CERTIFIED MAIL

7003 1680 0006 5896 0469

SS

UNITED STATES
DEPARTMENT OF THE INTERIOR
FISH AND WILDLIFE SERVICE
Office of Law Enforcement
70 Everett Ave., Suite 315
Chelsea, MA 02150

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dr Peter I. Okwesili
29 Hillview Avenue
Roslindale MA ~~02131~~

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7003 1680 0006 5896 046

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540

42