# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED SATES OF AMERICA** | **CIVIL ACTION** |
| **Plaintiff** | |
| | **NO.  04-11128-GAO** |
| **V.** | |
| **ONE IVORY TUSK** | |
| **Defendant** | |

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **UNITED STATES OF AMERICA** for an order of Default for failure of the Defendant, **ONE IVORY TUSK**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **22nd** day of **FEBRUARY, 2005**.

**TONY ANASTAS**
**CLERK OF COURT**

By:  **PAUL S. LYNESS**
**Deputy Clerk**

**Notice mailed to:**