UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ONE CARVED ELEPHANT IVORY TUSK (*Loxodonta africana*), <br><br> Defendant. | Civil Action No. : 04-11128-GAO |

**MOTION FOR FINAL JUDGMENT AND ORDER OF FORFEITURE**

The United States of America, by its attorney Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves for entry of a Final Judgment and Order of Forfeiture, forfeiting the defendant property, described herein as one carved elephant ivory tusk, *Loxodonta africana* (the "Defendant Property").

In support of this Motion, the Government states that on December 2, 2004, it filed a Motion for Entry of Default against the claimants in this action, and on February 22, 2005, this Court entered a Notice of Default, a copy of which is attached hereto as Exhibit A.  The Notice was entered against Peter Ikenna Okwesili, and all other persons claiming an interest in the Defendant Property, for their failure to answer or otherwise defend in this action.  No other claims have been filed, and the time to do so has expired.

WHEREFORE, the United States of America requests that this Court enter a Final Judgment and Order of Forfeiture, forfeiting the Defendant Property. A proposed Order is attached.

                              Respectfully submitted,

                              UNITED STATES OF AMERICA
                              By its attorneys,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By: /s/Anton P. Giedt
     Anton P. Giedt
     Assistant U.S. Attorney
     1 Courthouse Way
     Suite 9200
     Boston, MA  02210
     (617) 748-3100

Dated: February 22, 2005

N:\LTalbot\wright\Elephant Ivory\Motion for Final Judgment & Order of Forfeiture.wpd