# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED SATES OF AMERICA**
        **Plaintiff**

    **V.**

**ONE IVORY TUSK**
        **Defendant**

**CIVIL ACTION**

**NO.  04-11128-GAO**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, **UNITED STATES OF AMERICA** for an order of Default for failure of the Defendant, **ONE IVORY TUSK**, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this **22nd** day of **FEBRUARY, 2005**.

        **TONY ANASTAS**
        **CLERK OF COURT**

        **By:**   **PAUL S. LYNESS**
                **Deputy Clerk**

**Notice mailed to:**

(Default Notice.wpd - 2/2000)        [ntcdflt.]