UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ONE CARVED ELEPHANT IVORY TUSK (*Loxodonta africana*),<br><br>Defendant. | Civil Action No. : 04-11128-GAO |

**O'TOOLE, D.J.**

## FINAL JUDGMENT AND ORDER OF FORFEITURE

This Court having allowed plaintiff's Motion for Entry of Default and having issued a Notice of Default, it is hereby

ORDERED, ADJUDGED and DECREED:

1. That judgment be and hereby is entered in favor of the plaintiff, the United States of America;

2. That the defendant property, described herein as one carved elephant ivory tusk, *Loxodonta africana* (the "Defendant Property"), is hereby forfeited to the United States of America pursuant to Section 11(e)(4)(A) of the Endangered Species Act of 1973 ("ESA"), Title 16, United States Code, Section 1540(e)(4)(A); Section 2204(e) of the African Elephant Conservation Act of 1988 ("AECA"), Title 16, United States Code, Section 4224(e); and, Section 5(a)(1) of the Lacey Act Amendments

of 1981 ("Lacey Act"), Title 16, United States Code, Section 3374(a)(1);

3. That any claim of interest of Peter Ikenna Okwesili, and any other parties claiming any right, title, or interest in or to the Defendant Property, is hereby held in default and dismissed, having been defaulted on February 22, 2005;

4. That the United States of America, through the United States Fish and Wildlife Service, Office of Law Enforcement, shall retain the Defendant Property in its secure custody and control, and shall dispose of it in accordance with law; and

5. That this Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this judgment; otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

APPROVED AND SO ORDERED:

_____
GEORGE A. O'TOOLE, JR.
United States District Judge

Date:

N:\LTalbot\wright\Elephant Ivory\Final Judgment & Order of Forfeiture.wpd