U.S. Department of the Interior
United States Fish and Wildlife Department

PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA No. 04-11128-GAO |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| ONE CARVED ELEPHANT IVORY TUSK (*Loxodonta africana*) | Final Judgment and Order of Forfeiture |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

One Carved Elephant Ivory Tusk (*Loxodonta africana*)

ADDRESS (*Street or RFD, Apartment No., City, State, and ZIP Code*)

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Shelbey D. Wright, Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA  02210

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service*)

Please dispose of the above-named Elephant Ivory Tusk in accordance with the attached Final Judgment and Order of Forfeiture and applicable law.

LJT x3283

Signature of Attorney or other Originator requesting service on behalf of :

*Shelbey D. Wright/LJT*    ☒ PLAINTIFF    ☐ DEFENDANT

TELEPHONE NUMBER: (617) 748-3100

DATE: March 11, 2004

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk *Karen M Ficulli W. Wildlife Inspector/Pws #249* | Date *Completed 5/18/05 (See Remarks)* |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*).

Name and title of individual served (*If not shown above*).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*)

Date of Service    Time    am / pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (*including endeavors*) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |

REMARKS: The elephant ivory tusk was disposed of, according to law, as follows: On 5/18/05, WJ Karen Ficulli transferred the item to the U.S. Attorney's Office in Boston, MA for educational/public display (see attached copy of Transfer Order, OF-123)

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM 285 (Rev. 12/15/80)

☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT

| TRANSFER ORDER SURPLUS PERSONAL PROPERTY | 1. ORDER NUMBER(S) a. b. | FORM APPROVED OMB NUMBER 3090-0014 | PAGE 1 OF 1 PAGES |
|---|---|---|---|
| 2. TYPE OF ORDER ☐ STATE AGENCY ☐ DOD(SEA) ☐ FAA | 3. SURPLUS RELEASE DATE | 4. SET ASIDE DATE | 5. ☐ NON-REPORTABLE ☐ REPORTABLE | 6. TOTAL ACQUISITION COST |

7. TO    GENERAL SERVICES ADMINISTRATION*
FOR SCIENTIFIC, EDUCATIONAL OR DISPLAY PURPOSES

8. LOCATION OF PROPERTY
USFWS-Law Enforcement, Region 5
70 Everett Avenue, Suite 315
Chelsea, MA 02150

9. HOLDING AGENCY (Name and address)*
USFWS-Law Enforcement, Region 5
70 Everett Avenue, Suite 315
Chelsea, MA 02150

10. FOR GSA USE ONLY
SOURCE CODE ☐
STATE ☐☐    CITY ☐☐☐☐
TYPE OF DONATION ☐☐
ADJUSTED ALLOCATION CODE ☐☐

11. PICKUP OR SHIPPING INSTRUCTIONS*
Personal drop-off

12. SURPLUS PROPERTY LIST

| L/I NO. (a) | IDENTIFICATION NUMBER(S) (b) | DESCRIPTION (c) | DEMIL. CODE (d) | COND. CODE (e) | QUANTITY AND UNIT (f) | ACQUISITION COST UNIT (g) | TOTAL (h) |
|---|---|---|---|---|---|---|---|
| | INV 2004500192 ST# 789365 | One (1) carved African elephant ivory tusk Loxodonta africana | | | | | |
| | Purpose of donation: Restrictions: | For scientific, educational or public display If the donee re-transfers any items to another facility, proper records of such transfers must be kept by each facility for inspection, if required by the USFWS. | | | | | |

13. TRANSFEREE ACTION

Transferee certifies and agrees that transfers and donations are made in accordance with 41 CFR 101-44, and to the terms, conditions, and assurances as specified on this document.

a. TRANSFEREE (Name and address of State Agency, SEA, or public airport)*
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 9200
Boston, MA 02210
Attn: Anton P. Giedt, Asst U.S. Attorney

b. SIGNATURE AND TITLE OF STATE AGENCY OR DONEE REPRESENTATIVE
[signature] Assistant U.S. Attorney

c. DATE 5/18/05

d. SIGNATURE OF HEAD OF THE SEA (School or National Headquarters)

e. DATE

14. ADMINISTRATIVE ACTION

I certify that the administrative actions pertinent to this order are in accordance with 41 CFR 101-44 and as specified on this document have been and are being taken.

a. DETERMINING OFFICER (DOD or FAA)*
WI Karen M. Ficorilli #249

d. GSA APPROVING OFFICER

b. SIGNATURE OF DETERMINING OFFICER
[signature]

e. SIGNATURE OF APPROVING OFFICER

e. DATE 5/18/05

f. DATE

*Please include "ZIP codes" in all address blocks.
NSN 7540-00-965-2415
Previous Editions not usable

STANDARD FORM 123 (Rev. 6-82)
Prescribed by GSA FPMR (41 CFR) 101-44.110